# Exhibit D



**U.S. Fish & Wildlife Service**

About Us | Laws & Regulations | Library

SERVICES | SPECIES | VISIT US | GET INVOLVED | NEWSROOM | INITIATIVES | I WANT TO

< Services

3-200-71: Eagle Incidental Take (General Permit)

# 3-200-71: Eagle Incidental Take (General Permit)

For the optimal application experience, we recommend using Google Chrome on a desktop or laptop computer.

NOTICE TO APPLICANTS: The U.S. Fish and Wildlife Service, pursuant to Presidential Memorandum "Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects" is temporarily ceasing issuance of permits to wind facilities until further notice.

In the interim, ePermits will no longer automatically issue general permits for eagle Incidental Take. Applicants may still complete a general permit application (Form 3-200-71). Eagle Incidental Take applicants should email eaglegeneralpermits@fws.gov with the subject GENERAL PERMIT APPLICATION to notify us of a submitted Eagle Incidental Take application.

## Who needs this permit?

An individual, business, agency, or other organization needs this permit to take Bald Eagles (*Haliaeetus leucocephalus*) or Golden Eagles (*Aquila chrysaetos*) incidentally under the Bald and Golden Eagle Protection Act (BGEPA). The incidental take of an eagle means the species is harmed, harassed, killed, etc. as a foreseeable byproduct of an activity where the take is not the primary intent but may happen incidentally.

If your activity is associated with wind energy projects, you are eligible to apply for this general permit (see conditions in "What else do I need to know"). All power line activities are eligible for a general permit if you agree to the conditions in 50 CFR 22.260 .

Check out the Application FAQs for more information and the Application Instructions for help with applying.

**Note**: For activities that do not meet general permit eligibility criteria or to those requesting the customization of a specific permit,