# Exhibit E



**United States Department of the Interior**
OFFICE OF THE SECRETARY
Washington, DC 20240

**AUG 04 2025**

Memorandum

To:         Acting Assistant Secretary for Fish and Wildlife and Parks

From:       Deputy Chief of Staff – Policy   GREGORY WISCHER   Digitally signed by GREGORY WISCHER   Date: 2025.08.04 16:34:40 -04'00'

Subject:    Ensuring Compliance with the Bald and Golden Eagle Protection Act and
            Executive Order 14315

The Bald and Golden Eagle Protection Act (Act), 16 U.S.C. §§ 668 *et seq.*, prohibits the unpermitted "take"—which includes the killing and maiming—of bald and golden eagles. In addition to ensuring compliance with the Act and its corresponding regulations, the Department of the Interior must ensure compliance with applicable Executive Orders, including Executive Order 14315, titled "Ending Market Distorting Subsidies for Unreliable, Foreign-Controlled Energy Sources," which directs the Secretary of the Interior to revise any practices that provide preferential treatment to wind and solar facilities in comparison to dispatchable energy sources. Given the Office of the Secretary's responsibility for implementing Secretary's Order 3437, titled "Ending Preferential Treatment for Unreliable, Foreign-Controlled Energy Sources in Department Decision-Making," I direct the U.S. Fish and Wildlife Service (Service) to undertake the following actions:

1. refer violations of the Act to the Solicitor's Office for its review and, where appropriate, referral to the U.S. Department of Justice for criminal and/or civil penalties under 16 U.S.C. § 668;

2. evaluate whether the take of bald and golden eagles under 50 C.F.R. § 22.200(b)(7) (Specific Permits) and 50 C.F.R. § 22.250 (Permits for incidental take of eagles by wind energy projects) are compatible with the requirements and intent of the Act;

3. request records of all permitted activities conducted by wind energy projects pursuant to the Service's oversight authority set forth in 50 C.F.R. § 22.215(a)(6) within 7 days of this memo;

4. determine whether wind energy projects have complied with all relevant reporting requirements, including, but not limited to, 50 C.F.R. § 22.215(a)(4), within 14 days of this memo; and

5. complete a review of permit applications for wind energy projects to determine whether they meet the requirements under the relevant criteria (50 C.F.R. § 22.200 (Specific

2

Permits); 50 C.F.R. § 22.210 (General Permits); 50 C.F.R. § 22.250 (Permits for incidental take of eagles by wind energy projects)) within 30 days of this memo.

cc:    Chief of Staff
       Deputy Secretary
       Associate Deputy Secretary
       Solicitor
       Acting Director of the U.S. Fish and Wildlife Service