UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RENEW NORTHEAST; ALLIANCE FOR CLEAN ENERGY NEW YORK; RENEWABLE NORTHWEST; SOUTHERN RENEWABLE ENERGY ASSOCIATION; INTERWEST ENERGY ALLIANCE; MID-ATLANTIC RENEWABLE ENERGY COALITION ACTION; CLEAN GRID ALLIANCE; and CAROLINAS CLEAN ENERGY BUSINESS ASSOCIATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; DOUGLAS BURGUM, Secretary of the Interior, in his official capacity; BUREAU OF LAND MANAGEMENT; STEVE PEARCE, Director of BLM, in his official capacity; BUREAU OF OCEAN ENERGY MANAGEMENT; MATTHEW GIACONA, Acting Director of BOEM, in his official capacity; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; KENNETH STEVENS, Principal Deputy Director of BSEE, in his official capacity; UNITED STATES FISH AND WILDLIFE SERVICE; BRIAN NESVIK, Director of USFWS, in his official capacity; UNITED STATES ARMY CORPS OF ENGINEERS; and WILLIAM H. GRAHAM, JR., Chief of Engineers and Commanding General, in his official capacity,<br><br>*Defendants*. | Civil Action No. 1:25-cv-13961 |

**CERTIFICATE OF RELATED CASE**

1. Pursuant to Local Rule 40.1(g)(5)(B), Plaintiffs RENEW Northeast, Mid-Atlantic Renewable Energy Coalition Action, Alliance for Clean Energy – New York, Renewable Northwest, Southern Renewable Energy Association, Interwest Energy Alliance, Clean Grid Alliance, and the Carolinas Clean Energy Business Association (collectively, "Plaintiffs") hereby certify that this case is related to a previously filed case—*New York v. Trump*, No. 25-cv-11221-PBS (D. Mass.) ("*New York*")—currently pending before the Honorable Patti B. Saris.

2. Local Rule 40.1(g)(1) provides that "a civil case shall be deemed related to another civil case" if (A) "some or all of the parties are the same," and (B) "the cases involve the same or substantially similar issues of fact" or "arise out of the same occurrence, transaction, or property." L.R. 40.1(g)(1)(A), (B)(i)-(ii). Both conditions exist here.

3. The first criterion is satisfied because a majority of the defendants and one plaintiff in each case are the same. Specifically, Defendants the U.S. Department of the Interior; Douglas Burgum, Secretary of the Interior, in his official capacity; Bureau of Land Management; Steve Pearce, Director of BLM, in his official capacity; Bureau of Ocean Energy Management; Matthew Giacona, Acting Director of BOEM, in his official capacity; United States Fish and Wildlife Service; Brian Neskiv, Director of USFWS, in his official capacity; United States Army Corps of Engineers; and William H. Graham, Jr., Chief of Engineers and Commanding General, in his official capacity are also Defendants in *New York*. Plaintiff Alliance for Clean Energy – New York is also a Plaintiff in *New York*.

4. The second criterion is satisfied because both cases involve "the same or substantially similar issues of fact" and "arise out of the same occurrence." L.R. 40.1(g)(B)(i), (ii). The relationship between these cases creates a risk of inconsistent factual determinations and judgments should the cases not be deemed related.

5. Plaintiffs in both this case and *New York* challenge final agency actions designed to systematically halt the development of renewable energy projects across the United States. Plaintiffs in *New York* specifically challenged multiple agencies' implementation of the directive in section 2(a) of President Trump's Wind Memorandum not to issue new or renewed approvals for wind energy projects for an indefinite period of time. *See New York v. Trump*, No. 25-CV-11221-PBS, 2025 WL 3514301 (D. Mass. Dec. 8, 2025) (vacating *Temporary Withdrawal of All Areas on the Outer Continental Shelf From Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects*, 90 Fed. Reg. 8363 (Jan. 20, 2025)). Critically, several of the agency actions challenged herein are predicated—in whole or in part—on the now-vacated agency implementation of the Wind Memorandum. Moreover, all of the challenged agency actions arise from the Administration's same multi-agency anti-renewable energy agenda as the Wind Memorandum. Thus, this case and *New York* involve overlapping legal and factual questions including, but not limited to, the extent to which the federal defendant agencies' implementation of this agenda constitutes final agency action, and whether and how such implementation violates the Administrative Procedure Act ("APA").

6. Plaintiffs and the shared plaintiff in *New York* face substantially similar, irreparable harms from the challenged agency actions, and both seek substantially similar injunctive relief to prohibit further harm.

7. Given this overlap, failing to deem these cases related could subject both defendants and plaintiffs to the risk of inconsistent factual determinations and conflicting court orders.

8. Accordingly, Plaintiffs respectfully request that this case be deemed related to the prior pending *New York* case and assigned to Judge Saris.

Dated: December 23, 2025.

        Respectfully submitted,

        BY: */s/ Daron L. Janis*
        Daron L. Janis (BBO #703028)
        TROUTMAN PEPPER LOCKE LLP
        111 Huntington Ave., 9th Floor
        Boston, MA 02199
        (617) 239-0124
        daron.janis@troutman.com

        Misha Tseytlin (*pro hac vice to be filed*)
        TROUTMAN PEPPER LOCKE LLP
        111 S. Wacker Dr.
        Suite 4100
        Chicago, IL 60606
        (608) 999-1240
        misha.tseytlin@troutman.com

        M. Benjamin Cowan (*pro hac vice to be filed*)
        TROUTMAN PEPPER LOCKE LLP
        600 Travis Street, Suite 2800
        Houston, TX 77002
        (713) 226-1339
        ben.cowan@troutman.com

        Kaitlin O'Donnell (*pro hac vice to be filed*)
        TROUTMAN PEPPER LOCKE LLP
        1313 N. Market St., Suite 1000
        Wilmington, DE 19801
        (302) 777-6541
        kaitlin.odonnell@troutman.com

        Anais Jaccard (*pro hac vice to be filed*)
        TROUTMAN PEPPER LOCKE LLP
        301 S. College St, 34th Floor
        Charlotte, NC 28202
        (704) 916-1506
        anais.jaccard@troutman.com