**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| RENEW NORTHEAST, *et al.*,<br><br>     *Plaintiffs*,<br><br>*v.*<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>     *Defendants*. | Civil Action No. 1:25-cv-13961 |

## MOTION FOR *PRO HAC VICE* ADMISSION OF M. BENJAMIN COWAN

Now comes Daron L. Janis, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of M. Benjamin Cowan as counsel for Plaintiffs, RENEW Northeast, Alliance for Clean Energy – New York, Renewable Northwest, Southern Renewable Energy Association, Interwest Energy Alliance, Mid-Atlantic Renewable Energy Coalition Action, Clean Grid Alliance, and Carolinas Clean Energy Business Association.

Mr. Cowan is a partner in the law firm of Troutman Pepper Locke LLP.  He is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct; and he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the undersigned respectfully requests that Mr. Cowan be granted leave to appear and practice *pro hac vice* on behalf of RENEW Northeast, Alliance for Clean Energy – New York, Renewable Northwest, Southern Renewable Energy Association, Interwest Energy

- 2 -

Alliance, Mid-Atlantic Renewable Energy Coalition Action, Clean Grid Alliance, and Carolinas

Clean Energy Business Association in the above-captioned matter.


Dated: December 30, 2025.


Respectfully submitted,

BY: */s/ Daron L. Janis*
Daron L. Janis (BBO #703028)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199
(617) 239-0124
daron.janis@troutman.com

## <u>LOCAL RULE 7.1 CERTIFICATION</u>

As of the date of this filing, it is unknown who will represent Defendants in this matter. Counsel therefore has not had an opportunity to confer in an effort to resolve or narrow the issues presented by this Motion.

*/s/ Daron L. Janis*
Daron L. Janis

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of December, 2025, a true and correct copy of the

foregoing was served via the Court's CM/ECF system upon all counsel of record, and was also

served via certified mail upon the following:

Leah B. Foley
U.S. Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210

Pamela Bondi
U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

Douglas Burgum
1849 C Street, NW
Washington, DC 20240

Bureau of Land Management
1849 C Street, NW
Washington, DC 20240

Steve Pearce
1849 C Street, NW
Washington, DC 20240

Bureau of Ocean Energy Management
1849 C Street, NW
Washington, DC 20240

Matthew Giacona
1849 C Street, NW
Washington, DC 20240

Bureau of Safety and Environmental Enforcement
1849 C Street, NW
Washington, DC 20240

Kenneth Stevens
1849 C Street, NW
Washington, DC 20240

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

Brian Nesvik
1849 C Street, NW
Washington, DC 20240

U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314

William H. Graham, Jr.
441 G Street NW
Washington, DC 20314

*/s/ Daron L. Janis*
Daron L. Janis