**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| RENEW NORTHEAST, *et al.*,<br><br>     *Plaintiffs*,<br><br>*v.*<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>     *Defendants*. | Civil Action No. 1:25-cv-13961 |

**CERTIFICATION IN SUPPORT OF
MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, M. Benjamin Cowan, hereby certify:

1.    I submit this certification in support of the Motion for *Pro Hac Vice* Admission submitted by Plaintiffs, RENEW Northeast, Alliance for Clean Energy – New York, Renewable Northwest, Southern Renewable Energy Association, Interwest Energy Alliance, Mid-Atlantic Renewable Energy Coalition Action, Clean Grid Alliance, and Carolinas Clean Energy Business Association.

2.    I am a partner in the law firm of Troutman Pepper Locke LLP and a member of the bar of Texas.

3.    I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

4.    There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

- 2 -

5.      I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.


I declare under penalty of perjury that the foregoing is true and correct.


Dated: December 30, 2025.


Respectfully submitted,

 */s/ M. Benjamin Cowan*
M. Benjamin Cowan (Tex. Bar No. 24001931)
TROUTMAN PEPPER LOCKE LLP
600 Travis Street, Suite 2800
Houston, TX 77002
(713) 226-1339
ben.cowan@troutman.com

- 2 -