UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RENEW NORTHEAST, *et al.*, <br><br> *Plaintiffs*, <br><br> *v.* <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-13961 |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs RENEW Northeast, the Green Energy Consumers Alliance, Inc., Mid-Atlantic Renewable Energy Coalition Action, Alliance for Clean Energy – New York, Renewable Northwest, Southern Renewable Energy Association, Interwest Energy Alliance, Clean Grid Alliance, and the Carolinas Clean Energy Business Association (collectively, "Plaintiffs") bring this action against Defendants U.S. Department of the Interior; Douglas Burgum, Secretary of the Interior, in his official capacity; Bureau of Land Management ("BLM"); Steve Pearce, Director of BLM, in his official capacity; Bureau of Ocean Energy Management ("BOEM"); Matthew Giacona, Acting Director of BOEM, in his official capacity; Bureau of Safety and Environmental Enforcement ("BSEE"); Kenneth Stevens, Principal Deputy Director of BSEE, in his official capacity; U.S. Fish and Wildlife Service ("USFWS"); Brian Nesvik, Director of USFWS, in his official capacity; U.S. Army Corps of Engineers; and William H. Graham, Jr., Chief of Engineers and Commanding General, in his official capacity (collectively, "Defendants"), challenging the six final agency actions (collectively, the "Anti-Renewable Actions") detailed in Plaintiffs' contemporaneously filed memorandum that systematically handicap wind and solar technologies in comparison to conventional energy sources, and have the individual and cumulative effect of

imposing substantial and serious harm on the permitting and development of wind and solar energy facilities.

Plaintiffs respectfully move this Court, pursuant to Federal Rule of Civil Procedure 65(a) and 5 U.S.C. § 705, to enter an order preliminarily enjoining Defendants, their agents, or anyone acting in concert or in participation with Defendants from implementing, instituting, maintaining, or giving effect to the Anti-Renewable Actions. As set forth in the accompanying memorandum, Plaintiffs have established: a strong likelihood of success on the merits of their claims; that Plaintiffs' members and Plaintiff Green Energy Consumers Alliance, Inc. will suffer irreparable harm absent relief; and that the balance of the equities and the public interest weigh strongly in favor of preliminary injunctive relief.

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 65, on January 9, 2026, counsel for Plaintiffs notified an attorney at the U.S. Department of Justice by voice message and electronic mail of Plaintiffs' intent to seek a preliminary injunction, and, on January 12, 2026, counsel for Plaintiffs conferred with the attorney at the U.S. Department of Justice. Once counsel makes an appearance for Defendants, the parties will further discuss response and reply deadlines for this motion and will jointly or separately propose a schedule.

Dated: January 12, 2026.

    Respectfully submitted,

    BY: */s/ Daron L. Janis*
    Daron L. Janis (BBO #703028)
    TROUTMAN PEPPER LOCKE LLP
    111 Huntington Ave., 9th Floor
    Boston, MA 02199
    (617) 239-0124
    daron.janis@troutman.com

- 3 -

>Misha Tseytlin (*pro hac vice filed*)
>TROUTMAN PEPPER LOCKE LLP
>111 S. Wacker Dr.
>Suite 4100
>Chicago, IL 60606
>(608) 999-1240
>misha.tseytlin@troutman.com
>
>M. Benjamin Cowan (*pro hac vice filed*)
>TROUTMAN PEPPER LOCKE LLP
>600 Travis Street, Suite 2800
>Houston, TX 77002
>(713) 226-1339
>ben.cowan@troutman.com
>
>Kaitlin O'Donnell (*pro hac vice filed*)
>TROUTMAN PEPPER LOCKE LLP
>1313 N. Market St., Suite 1000
>Wilmington, DE 19801
>(302) 777-6541
>kaitlin.odonnell@troutman.com
>
>Anais Jaccard (*pro hac vice filed*)
>TROUTMAN PEPPER LOCKE LLP
>301 S. College St, 34th Floor
>Charlotte, NC 28202
>(704) 916-1506
>anais.jaccard@troutman.com

## **LOCAL RULE 7.1 CERTIFICATION**

Although no Defendant and no counsel for any of the Defendants has entered an appearance in this matter, Plaintiffs, through their undersigned counsel, have conferred under Local Rule 7.1(a)(2) with an attorney at the U.S. Department of Justice regarding the foregoing motion. Once counsel makes an appearance on behalf of Defendants, the parties will further discuss response and reply deadlines for the motion and will jointly or separately propose a schedule.

                                           */s/ Daron L. Janis*
                                           Daron L. Janis

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2026, a true and correct copy of the foregoing is being served via the Court's CM/ECF system upon all counsel of record, and is also being served via certified mail on January 13, 2026, upon the following:

Leah B. Foley
U.S. Attorney for the District of Massachusetts
1 Courthouse Way, Suite 9200
Boston, MA 02210

Pamela Bondi
U.S. Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

U.S. Department of the Interior
1849 C Street, NW
Washington, DC 20240

Douglas Burgum
1849 C Street, NW
Washington, DC 20240

Bureau of Land Management
1849 C Street, NW
Washington, DC 20240

Steve Pearce
1849 C Street, NW
Washington, DC 20240

Bureau of Ocean Energy Management
1849 C Street, NW
Washington, DC 20240

Matthew Giacona
1849 C Street, NW
Washington, DC 20240

Bureau of Safety and Environmental Enforcement
1849 C Street, NW
Washington, DC 20240

Kenneth Stevens
1849 C Street, NW
Washington, DC 20240

U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240

Brian Nesvik
1849 C Street, NW
Washington, DC 20240

U.S. Army Corps of Engineers
441 G Street NW
Washington, DC 20314

William H. Graham, Jr.
441 G Street NW
Washington, DC 20314

                    */s/ Daron L. Janis*
                    Daron L. Janis