# EXHIBIT J

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| RENEW NORTHEAST, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,* <br><br> *Defendants*. | Civil Action No. 1:25-cv-13961 |

**DECLARATION OF CHARLES A. DONADIO, JR., PRESIDENT AND CHIEF EXECUTIVE OFFICER OF ATLANTIC WIND TRANSFERS, IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746(2), I, Charles A. Donadio, Jr., declare as follows:

1.      I am the President, Chief Executive Officer ("CEO"), and Founder of Atlantic Wind Transfers ("AWT"). I am over the age of eighteen, am competent to make this declaration, and submit it under penalty of perjury based on my personal knowledge and information obtained in the ordinary course of my business activities. I therefore have personal knowledge of the facts set forth below and if called as a witness, I could testify competently thereto. AWT is a member of RENEW Northeast and ACE NY, plaintiffs in this lawsuit and trade organizations whose members include offshore wind developers and supply-chain companies directly affected by federal offshore wind permitting decisions.

2.      This declaration describes my background, AWT's business operations, and the concrete, particularized, and imminent economic harms the company is experiencing as a direct result of recent federal administrative actions affecting offshore wind permitting.

1

3.      I have over 27 years of experience in marine transportation and 23 years specializing in high-speed aluminum catamarans operating in the offshore waters of Block Island and Martha's Vineyard.  I founded the first fast ferry to Block Island in 1998 and the first fast ferry to Martha's Vineyard in 2003, and have operated fast ferries in Massachusetts, New York, New Jersey, Florida, and Bermuda.

4.      I used this experience to found AWT in 2015.  AWT is the first offshore wind farm crew transfer vessel ("CTV") service provider in the United States, and it remains the only 100% American-owned CTV service provider operating in the U.S. market. As President and CEO, I am responsible for the company's strategic planning, capital investment decisions, vessel acquisition and deployment, and workforce planning. These decisions are made in reliance on the stability and predictability of the federal offshore wind permitting framework.

5.      AWT is a family-run company headquartered in Quonset Point, Rhode Island, with a workforce of more than 30 employees specializing in offshore vessel support services. With operations in Rhode Island and Virginia, the company provides and plans to provide services to offshore wind projects off the coast of Maine, Massachusetts, Rhode Island, Connecticut, New York, New Jersey, Delaware, Maryland, Virginia, and North Carolina, and can mobilize vessels, crews, and logistics to offshore wind service ports along the East Coast of the United States as project needs require.

6.      AWT derives its income from long-term charter contracts to provide CTV services to offshore wind farm operators, who use AWT CTVs to transport technicians, equipment, and materials between shore and offshore wind facilities during construction and operations.  As such, AWT's business depends on the timely construction and operation of federally permitted offshore

2

wind projects that require the use of CTVs—which is expected to include most projects in the current pipeline.

7.      AWT currently owns and operates four U.S.-built, Jones Act-compliant CTVs designed specifically to service offshore wind farms in the United States:

a.  The Atlantic Pioneer, which AWT contracted to build in Rhode Island, was completed in 2016 and currently services the five-turbine Block Island Wind Farm operated by Ørsted.

b.  The Atlantic Endeavor, which AWT contracted to build in Rhode Island, was completed in 2020 and currently services the Coastal Virginia Offshore Wind two-turbine demonstration project operated by Dominion Energy.

c.  The Atlantic Resolute, which AWT contracted to build in Florida, was completed in 2024 and is under contract with Boskalis to service the Sunrise Wind farm.

d.  The Atlantic Endurance, which AWT contracted to build in Florida, was completed in 2025 and presently is not under contract.

8.      In reliance on the continued growth of the offshore wind industry and the development of the existing pipeline of U.S. offshore wind projects, AWT has made substantial investments in its CTV fleet.  Specifically, AWT invested over $30 million into the construction of six new CTVs to expand its vessel fleet and service capabilities.  The Atlantic Resolute and Atlantic Endurance, described *supra* ¶ 7, were constructed and delivered pursuant to this investment, but the four remaining CTVs have not yet been built.

3

9.      The offshore wind project pipeline includes over 30 active leases on the Outer Continental Shelf owned by offshore wind developers in AWT's geographic market, *see* ¶ 5, all of whom represent a prospective customer of AWT.[1]

10.      I am familiar with the six final agency actions challenged in this suit (collectively, the "Anti-Renewable Actions"), including the four discussed herein that directly affect offshore wind permitting.  Beginning in May 2025, the Department of the Interior ("DOI") adopted a series of actions that disrupted settled offshore wind permitting processes and materially increased regulatory uncertainty for projects that had relied on prior agency approvals. On May 1, 2025, DOI's Solicitor issued Opinion M-37086, which established a new legal standard governing approval of offshore wind construction and operations plans ("COPs") and asserted authority to revisit previously approved COPs. Because COP approval constitutes the federal authorization for a project to proceed and marks the point at which developers make final investment decisions and execute binding supply-chain contracts, this Opinion directly undermined the permitting certainty upon which AWT's business relies. That uncertainty was reinforced by subsequent agency actions, including a July 15, 2025, DOI memorandum requiring Secretary-level review for nearly all offshore wind permitting actions; an August 1, 2025, Secretarial Order disfavoring projects in federal waters with low "capacity density," defined by that Order to include offshore wind; and a September 18, 2025, U.S. Army Corps of Engineers memorandum similarly penalizing offshore wind projects applying for Clean Water Act Section 404 and Rivers and Harbors Act Section 10 permits.

---

[1]  Lease and Grant Information, BOEM (all websites last visited Jan. 9, 2025), https://www.boem.gov/renewable-energy/lease-and-grant-information.

11.      As a direct and foreseeable result of the effective permitting moratorium imposed through the Anti-Renewable Actions, the offshore wind project pipeline has ground to a halt. Because no developer expects to get any new offshore wind projects permitted so long as these actions are in place, any project that is not currently under construction has been put on hold for the foreseeable future.  This means no developers are currently considering investing money in any offshore wind components or services, including charters for CTVs.

12.      The decimation of the offshore wind farm pipeline caused by these final agency actions' permitting moratorium has caused AWT to suffer significant and ongoing economic harm. AWT's business model depends on a robust pipeline of offshore wind projects.  The final agency actions herein have indefinitely stalled that pipeline.  This has caused AWT direct economic harm because it has decimated the market for its services, thereby preventing the company from generating revenue through the deployment of its vessels and trained crews to any new offshore wind farms (which cannot be built so long as the Anti-Renewable Actions are in place).

13.      AWT has also been irreparably financially harmed by these final agency actions because it has invested millions of dollars into the expansion of its fleet of CTVs—one of which remains unchartered and four of which remain in the planning stage.  These vessels are purpose-built for offshore wind and are not readily re-deployable to other maritime markets without substantial loss of value.  Therefore, the current loss of an offshore wind project pipeline has rendered these CTVs useless and rendered AWT's financial investment in these CTV's an unrecoverable sunk cost.[2]

---

[2] On December 2022, BOEM indefinitely suspended all ongoing activities related to the Sunrise Wind Project, which AWT's CTV the Atlantic Resolute currently services.  *See* Director's Order from Matthew Giacona, Acting Director of BOEM, to Rob Keiser, Head of Asset Mgmt., Orsted, re:  Suspension  of  Sunrise  Wind  Project  (Dec.  22,  2025),  available  at

14. AWT is also currently losing money on its unchartered vessel(s), the Atlantic Resolute and the Atlantic Endurance, because it must pay for their maintenance and storage without receiving any revenue.

15. These financial harms have, in turn, disrupted AWT's near-term and long-term business planning and delayed anticipated capital investments tied to offshore wind project schedules.

16. These injuries are traceable to the final agency actions challenged in this suit. But for those actions, offshore wind projects that had achieved established permitting milestones would have proceeded on predictable timelines.  AWT, in turn, would have been able to bid for contracts with these offshore wind project operators, allowing AWT to deploy its vessels, maintain workforce stability, and earn revenue from services already planned, staffed, and capitalized.

17. Injunctive relief restoring a lawful and predictable offshore wind permitting framework would likely alleviate these harms by allowing projects to resume orderly development and enabling AWT to deploy its vessels and crews as intended. Absent such relief, the company will continue to experience compounding economic losses and operational disruption.

18. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 12 day of January in 2026.

*Charles A. Donadio, Jr.*

Charles A. Donadio, Jr.

---

https://www.boem.gov/sites/default/files/documents/renewable-energy/state-activities/BOEM%20Sunrise%20Wind%20Suspension%20Letter.pdf?VersionId=0mzTyf92Vu1Ft0H5un15omNiMQu7f9Zy.  Should BOEM prevent Sunrise Wind from being constructed, AWT would suffer additional economic harm from the Anti-Renewable Actions because there is not currently a pipeline new offshore wind farms to which the Atlantic Resolute could be redeployed.