# Exhibit 1



# 2024

# U.S. Offshore Wind Market Report

## MEMBER ONLY

# TABLE OF CONTENTS



03  Executive Summary

05  U.S. Offshore Wind Market By the Numbers

06  Trends & 2024 Outlook

08  State Demand Goals & Procurement

12  Permitting & Timelines

21  Offshore Wind Financial Trends

23  Supply Chain Update

34  Conclusion

# EXECUTIVE SUMMARY

**The year 2023 ended on a high note with the nation's first two commercial-scale projects delivering power to the grid, marking the industry's official transition from design and prototype to at-scale deployment.**

This accomplishment was anything but representative of the past year for the offshore wind industry, which was forced to navigate tumultuous financial waters, supply chain setbacks, and project failures both domestically and internationally. The long-term fundamentals of the U.S. market remained unchanged. States, the main drivers of offshore wind demand in the U.S., modestly grew their deployment goals to 115 GW and moved to recoup lost contracts.

The market transition underway should crescendo over the course of 2024 as states complete multiple procurement windows, effectively replacing older power contracts with new, more durable and financially competitive offtake agreements. By 2025, states will have secured between 20 and 25 GW of offshore wind power generation, a growth from 17.6 GW under contract in 2023, through offtake agreements. At least 14 GW will be fully permitted for construction thanks to the federal government's efforts to bring more certainty to the environmental review process. The result of consistent state demand, a visible pipeline of projects ready for installation, and a slew of new state procurement windows will drive substantial new supply chain investments into factories, vessels, and ports.

Power offtake contract terminations and subsequent supply chain contract cancellations dominated headlines last year as states and developers found existing agreements vulnerable to rapidly rising costs and tightening supply chains. Developers terminated 51% of power contracts in place prior to 2023 (including Empire Wind II, Skipjack and Beacon Wind 1 in January 2024, before publication) and are seeking financial support for another 24%.

The offtake agreement terminations had substantial repercussions on supply chain development. Project delays have pushed back the first major wave of installation to the end of the decade, putting the nation's 30 GW by 2030 goal out of reach, and leading market analysts to forecast half as much power by that time. With manufacturing investments largely tied to singular projects, the reorganization of the power offtake market nearly froze development of the supply chain, simultaneously facing skyrocketing inflation and materials costs. Factories announced as part of procurements in 2020 and 2021 largely remain in

*(Continued on page 4)*

Case 1:25-cv-13961-DJC   Document 40-1   Filed 01/12/26   Page 4 of 20

# EXECUTIVE SUMMARY
*(CONT.)*

the planning stage. And, while there were significant announcements, including a $1 billion investment in a new blade and nacelle facility in New York, on the aggregate new supply chain investments for manufacturing, ports, and vessels slowed modestly in 2023.

The supply chain's setbacks unfortunately overshadowed its genuine accomplishments. Export cables are flowing out of Nexans' South Carolina facility for domestic and international markets. EEW's New Jersey foundation facility began finalizing monopiles. Riggs Distler set up manufacturing locations in Providence, Baltimore, and Albany to produce steel and concrete components for towers and transition pieces, supplied by mills in Western New York and the Eastern Shore of Maryland. The nation's first domestically produced offshore substation was installed on South Fork Wind. A fleet of American Crew Transfer Vessels (CTVs), Service Operation Vessels (SOVs), Offshore Service Vessels (OSVs), barges, and tugs, are operating off the New England coast, and domestic shipyards are adding to that with new builds and retrofits.

Over the past year, states charted pathways forward to not only recoup lost power generation, but also expand capacity under contract through new solicitation processes, which will be a common theme for the industry in 2024. By the end of the year, states could award as much as 15.5 GW of new power offtake, approximately 60% of which will be used to replenish lost contracts. The Network estimates the U.S. market could have up to 25 GW under contract by the end of 2024 with powerhouse states like New Jersey and Maryland pushing even more solicitations in 2025 and 2026.

In aggregate, states increased their demand for offshore wind despite experiencing firsthand the rising cost of energy. Total state demand (including long-term planning targets) increased 9% to 115.634 GW — led by Maryland quadrupling its offshore wind goal, Maine setting a brand-new target, and New England states modestly increasing their goals to offer more attractive offtake solicitations and in turn capture greater economic and cost-saving benefits.

While the commercial side of the industry fought to regain its footing, the federal government's efforts to bring greater throughput in the permitting process bore fruit, creating a dependable pipeline of projects the supply chain can plan around. Over the year, the amount of offshore wind power the federal government approved for construction grew from 0.93 GW to 8.3 GW — an 800% increase — and should continue rising through 2024 to at least 14.6 GW. Next year could see three or four new lease sales as the federal government opens up new acreage in the Gulf of Maine, Central Atlantic, Oregon coast, and the Gulf of Mexico.

The year 2024 will be a pivotal year to the long-term success of the U.S. offshore wind market. The global financial situation has effectively stalled the U.S. industry, delaying deployment of projects and manufacturing investments, while states and developers charted a path forward to reconfigure offtake agreements. How well the industry takes advantage of the tail-end of this transitionary period to bank new investments and build resiliency in the power market will directly correlate to whether the market can accelerate deployment and develop a robust domestic supply chain.



## U.S. OFFSHORE WIND MARKET
# BY THE NUMBERS

| Operating | Under Major Offshore Installation | Permitted for Installation | Under Contract |
|---|---|---|---|
| **42 MW** | **932 MW** | **8,300 MW** | **16,364 MW** |

**Overall State Demand**

**115,634 MW**

- **Operating** - 42 MW
- **Under Major Offshore Installation** - 932 MW
- **Permitted for Installation** - 8,300 MW
- **Under Contract** - 16,364 MW
- **Overall State Demand** - 115,634 MW



# TRENDS & 2024 OUTLOOK

## Industry Will Finish 2024 with 14+ GW Permitted, 20-25 GW Under Contract

A solid foundation continues to form for the U.S. offshore wind industry. State demand never abated in the face of economic challenges, and with multiple solicitation windows open, the U.S. should completely recover from power contract terminations by the end of 2024. The Network projects 20 to 25 GW of offtake will be secured by this time next year, up from 17.6 GW at the end of 2022. The federal permitting process has found consistency and will end the year with more than 14 GW of power generation approved for construction (although some permitted projects lack an offtake agreement) with another 2 GW waiting in the wings. South Fork Wind and Vineyard Wind will complete installation as two more commercial-scale projects begin theirs.

## States Are Collaborating. Can They Take the Next Step in 2024?

States spent much of 2023 working to create interstate cooperation frameworks as they sought to stabilize their regional markets, lower project costs, and increase economic benefits. New England states banded together on a 6 GW solicitation; while New York and New Jersey continue working in tandem on supply chain development; and the Mid-Atlantic SMART Power states are conducting new studies as part of their Memorandum of Understanding (MOU). Nine East Coast states signed an MOU on Offshore Wind Supply Chain Collaboration with the support of the White House. Simultaneously, states continued similar collaborations on transmission planning. While these first steps toward further interstate collaboration are encouraging, 2024 will determine how effective and long-lasting these initiatives may be.



NE states collaborating on 6+ GW solicitation

Collaborating on supply chain development

SMART Power states conducting new studies

## TRENDS & 2024 OUTLOOK (CONT.)



## How will the Market Respond to the 2024 Federal Election?

The pillars of U.S. market development – federal support, state demand, and market stability – are finally aligning in 2024, but looming federal elections could disrupt market confidence. The offshore wind industry, like other renewable energy segments, has become increasingly politicized in recent years and could become a national issue in 2024. Some investors may choose to await the results of the election, but the strong market fundamentals could drive many new entrants into the American offshore wind market.

## Market Fundamentals Align for Big Manufacturing and Shipbuilding Year

With the U.S. market largely stabilizing and returning to growth, the next twelve months has the potential to be a significant year for supply chain development, further investment, and renewed shipbuilding activity. Falling interest rates, stabilizing commodity prices, and the issuance of Inflation Reduction Act (IRA) tax credit guidance for domestic manufacturing in tandem with multiple large state solicitation windows will drive new investments and solidify old ones. Even more welcome, the U.S. market could also see new investments outside of offshore wind procurement windows made on the strength and potential of the market overall, rather than an individual project.

### Positive Indicators

✓ Falling interest rates

✓ Stabilizing commodity prices

✓ IRA tax credit guidance

✓ Multiple large state solicitation windows

OCEANIC
NETWORK

# STATE DEMAND
## GOALS & PROCUREMENT

**In the U.S. market, states are the primary demand drivers and have generally advanced all offtake agreements to date. States have set varying offshore wind goals and targets, with some mandated by binding legislation or utility board requirements, and others used only to inform long-term planning.**

State demand is strong and growing, reaching 115.6 GW for long-term planning targets and 46.2 GW for mandated state procurement.[1] These figures represent 9% and 27% increases, respectively, over the past year driven by higher mandated procurement targets affirming states' commitment to offshore wind in the face of rising power costs. Maryland quadrupled its offshore wind target from just over 2 GW to 8.5 GW and Maine implemented a new 3 GW procurement target. New England states Connecticut and Rhode Island modestly increased their targets in anticipation of their recent solicitation rounds.

| State | Planning Targets (Soft Goal) | | Mandated Procurement (Hard Goal) | | Under Contract |
|---|---|---|---|---|---|
| | MW | Year | MW | Year | MW |
| California | 25,000 | 2045 | - | - | |
| Connecticut | 2,304 | - | 2,304 | 2030 | 400 |
| Louisiana | 5,000 | 2035 | - | - | |
| Maine | 3,000 | 2040 | 3,000 | 2040 | 11 |
| Maryland | 8,500 | 2031 | 8,500 | 2031 | 1,057 |
| Massachusetts | 23,000 | 2050 | 5,600 | 2027 | 800 |
| New Jersey | 11,000 | 2040 | 11,000 | 2040 | 5,250 |
| New York | 20,000 | 2050 | 9,000 | 2035 | 5,860 |
| North Carolina | 8,000 | 2040 | - | - | |
| Oregon | 3,000 | 2030 | - | - | |
| Rhode Island | 1,630 | - | 1,630 | 2030 | 334 |
| Virginia | 5,200 | 2034 | 5,200 | 2034 | 2,612 |
| **Total** | **115,634** | | **46,234** | | **16,324** |

**NATIONAL**  **30 GW** by 2023
**GOALS:**  **110 GW** by 2050

[1] Previous Network reports excluded planning targets from New York and Massachusetts. Moving forward, planning targets will be added to the base measurement.

## STATE DEMAND:
## GOALS & PROCUREMENT
## (CONT.)

Future growth appears modest in the short run. Some established offshore wind states could transform their long-term goals into stricter mandates. California created a new procurement process for offshore wind that allows the State's Department of Water Resources to enter into long-term procurement contracts, and legislation was introduced in Massachusetts increasing the state's target. Other states have opened the door to offshore wind, like Delaware, which endorsed new procurement legislation and Illinois, which is considering a pilot project in the Great Lakes. However, long-term target growth will likely plateau until states have a clearer vision of future power needs.

| State | Action |
|---|---|
| Connecticut | Released strategic Roadmap; Launched public-private partnership called the Connecticut Wind Collaborative; Issues 2,000 MW procurement |
| Delaware | Legislation requiring study of procurement and transmission |
| Maine | Released development Roadmap; Legislation authorizing 3,000 MW procurement |
| Maryland | Legislation setting 8,500 MW goal, authorizing state purchase up to 5 million MWh annually, requiring study and authorization of planned transmission system |
| Rhode Island | Issues 1,200 MW procurement |

# STATE DEMAND: GOALS & PROCUREMENT (CONT.)

## Half of Projects Cancel Power Contracts, But States Could Award 16+ GW in New Offtake in 2024

The state power offtake market bore the full weight of the industry's economic challenges and experienced a year of extreme turmoil. Power contracts signed before the global economic inflationary spike quickly became non-workable, forcing states and developers to engage in negotiations to amend them. However, with little flexibility in existing state laws, the industry charted a difficult but necessary path forward by terminating existing contracts and rebidding into state procurement processes.

The U.S. market began the year with 17.6 GW under contract. Since then, 51% of the aggregate contract amounts were terminated, another 24% are seeking adjustment through New York's expedited procurement round or calling for other relief. Only 24% of existing wattage under contract has a clear path to installation.



First Phase Projects
17.5 GW: 2017 - 2022

Under Construction
0.9 GW

Seeking Adjustments
4.3 GW

1.7 GW Expected to Rebid in 2024

Securing FID
3.3 GW

Contract Terminated
8.9 GW

Up to 4.6 GW Expected to Rebid in 2024

Second Phase Projects
Up to 24.6 GW: 2023 Onward

NY Expedited Round
4.2 GW

First Market Projects w/FID
4.3 GW

Open Procurements
6.8 GW

NY & NJ 3 Round
7.8 GW

Procurements Due Mid-2024
1.5 GW

States have shown flexibility in their actions to help maintain the market. Developers terminated a total of 3.2 GW of power offtake contracts into Massachusetts and Connecticut while paying $124 million in fines. However, both states are allowing projects to rebid into new procurement rounds with minimal penalties. After New York's public utility board rejected proposals from nearly every renewable energy sector to renegotiate contracts, the state set in motion an expedited procurement round. This expedited procurement round, unprecedented in nature and executed in a swift and decisive manner, has allowed existing offtake agreements to rebid and secure a more competitive power price. The expedited round appears to have generally kept projects on their pre-existing timelines. Maryland and New Jersey both

passed legislation to allow for a greater share of Inflation reduction Act tax benefits to flow to project developers. Those actions, however, have failed to prevent terminations or calls for further assistance as persistently high interest rates and a nascent supply chain (necessary for the full realization of tax credit benefits) have proven too much to overcome.

| State Procurements Late 2023 - Present | | |
|---|---|---|
| **COMPLETED** | **New Jersey** | • 3rd Round: 3,742 MW Awarded to 2 Projects;<br>• $100+ million for Paulsboro monopile plant expansion; commitments to buy monopiles and towers from NJ manufacturing |
| | **New York** | • 3rd Round: 4,032 MW Awarded to 3 Projects;<br>• $1 billion investment in new nacelle and blade facilities near Albany |
| **OPEN/IN PROGRESS** | **New York** | • 4th Round - Expedited: Up to 4 GW, Awards late February 2024; Designed to Recoup Capacity Lost to OREC Withdraws |
| | **Connecticut** | • 2nd Round - Up to 2.0 GW; Bids Due in March, Awards in August |
| | **Massachusetts** | • 4th Round - Up to 3.6 GW; Bids Due in March, Awards in August |
| | **Rhode Island** | • 3rd Round - Up to 1.2 GW; Bids Due in March, Awards in August |
| **UPCOMING** | **Maryland** | • 3rd Round - Up to 1.5 GW (5 million MWh); Expected Summer 2024 |
| | **New Jersey** | • 4th Round - Expected Release in Early 2024 with Awards in Early 2025 |

States have also responded by awarding new power contracts and opening new procurement rounds. As of this publication, New York and three New England states have open procurement windows for up to 11 GW of power generation, which should all name awards by summer of 2024. Maryland and New Jersey are both expected to hold new procurement rounds beginning in early 2024; Maryland will seek up to 1.5 GW through a revised procurement targeting existing leaseholders in the area, and New Jersey will continue its climb to its 11 GW goal. Including New Jersey's recently completed 3.7 GW round in January, states could award up to 16 GW in new power offtake agreements in 2024, and by next year's report, the U.S. market could see 20 to 25 GW under contract.

# PERMITTING & TIMELINES

## Pipeline of Federally Approved Projects Grows Substantially

The number of projects that successfully navigated the federal permitting system grew significantly in 2023, and should continue to do so in 2024, as the Biden Administration continues bringing more certainty to the permitting system. At the beginning of the year, only two projects representing under 1 GW of power generation had received a final Record of Decision (ROD), which approves project construction activities, from the Department of Interior. By the end of the year, that number grew to six projects representing 7,800 MW, with the 880 MW Sunrise Wind projects just weeks away from receiving final approval.

Operating
**42 MW**

Under Major Offshore Installation
**932 MW**

Approved for Construction
**6,880 MW**

Undergoing Environmental Review
**12,190 MW**

Pre-Environmental Review
**33,946 MW**

With the DOI establishing more consistent timelines, the Network estimates by the end of next year 14.6 GW of power generation will be approved for construction. Beyond that, the pipeline thins out as only a few more projects have submitted construction or site assessment plans, and then widens once again as newly leased areas begin the federal permitting process. The Administration committed to approving 16 Construction and Operations Plans (COPs) by 2025; the Network estimates that the DOI could approve 11 by 2025 (representing 13 different commercial projects).

The disconnect between state offtake and the federal permitting process has not been resolved. Many projects nearing final permitting approval lack offtake agreements, while other projects with secured offtake are just beginning the process. Expressed as a market share of total megawatts procured, 65% of the projects approved for construction and 51% of those anticipated for approval by 2025 have secured state offtake, although many projects that recently withdrew from PPA agreements and are currently rebidding into a state procurement round have already begun environmental review. Other projects are far from approval - New Jersey and New York are now awarding offtake agreements to newly auctioned Bight lease areas that are unlikely to begin construction before 2030.

| Approved for Construction (ROD Secured) | (Approved) |
|---|---|
| South Fork Wind | 132 MW |
| Empire Wind I & II | 2,076 MW |
| CVOW-Commercial | 3,000 MW |
| Vineyard Wind | 800 MW |
| Ocean Wind I | 1,100 MW |
| Revolution Wind | 704 MW |
| **Total** | **7,812 MW** |
| **Capacity with Offtake Secured** | **5,039 MW** |

| Environmental Review Complete, Awaiting Final Decision (FEIS Issued) | (Approval Imminent) |
|---|---|
| Sunrise Wind | 880 MW |
| **Total** | **880 MW** |
| **Capacity with Offtake Secured** | **880 MW** |

| Awaiting Final Environmental Review (DEIS Issued) | (Est. Approval 2024-2025) |
|---|---|
| Commonwealth Wind | 1,200 MW |
| Park City Wind | 800 MW |
| SouthCoast Wind | 2,400 MW |
| Atlantic Shores South (Projects 1 & 2) | 1,710 MW |
| Maryland Offshore Wind (US Wind) | 2,000 MW |
| **Total** | **8,110 MW** |
| **Capacity with Offtake Secured** | **2,566.5 MW** |

| Beginning Environmental Review (COP Submitted) | (Could Secure Approval in 2025) |
|---|---|
| Beacon Wind | 2,400 MW |
| North Kitty Hawk | 800 MW |
| **Total** | **3,200 MW** |

| Survey Activity Approved (SAP Approved) | (Earliest Approval in 2027) |
|---|---|
| Ocean Wind II | 1,148 MW (Estimated) |
| Skipjack Wind | 966 MW (Estimated) |
| Leading Light Wind | 2,400 MW |
| Garden State Offshore Energy | 1,135.6 MW (Estimated) |
| Bay State Wind (including Sunrise II) | 3,038 MW (Estimated) |
| **Total** | **8,687.6 MW** |
| **Capacity with Offtake Secured** | **2,400 MW** |

| Petitioning to Begin Survey Activity (SAP Submitted) | |
|---|---|
| Excelsior Wind | 1,314 MW |
| Bluepoint Wind | 1,700 MW (Estimated) |
| Attentive Energy One & Two | 2,744 MW |
| [OCS-A 0541] project | 1,500 MW (Estimated) |
| **Total** | **7,258 MW** |
| **Capacity with Offtake Secured** | **4,058 MW** |

| Secured Area, Not Yet Begun Environmental Review | |
|---|---|
| 12+ Projects | >18,000 MW |
| **Total** | **>18,000 MW** |
| **Capacity with Offtake Secured** | **1,314 MW** |



The DOI further advanced the leasing process in the Gulf of Maine, Central Atlantic, and Oregon Coast and set up a second round in the Gulf of Mexico with new areas.

## PERMITTING & TIMELINES (CONT.)

### U.S. Sees Disappointing Gulf of Mexico Auction, Could See Three to Four Auctions in 2024

The federal government held just one auction in 2023 and advanced processes that should allow for at least three auctions in 2024, achieving the Administration goal of holding seven by 2025.

In August, the DOI held an auction on three lease sale areas (inside two Wind Energy Areas (WEAs)) in the Gulf of Mexico. The results were disappointing, as only one area even received bids and went for a near minimum, breaking a string of elevated auction prices that had become a norm under the Biden Administration. In an Oceanic Network member webinar, analysts noted the lackluster results were due to limited economic value (lower wind speeds), limited state support from Louisiana and some hostility from Texas, and a lack of certainty about how the green hydrogen market would develop.



**Gulf of Mexico Final WEAs**



**Central Atlantic Proposed Sale Notice**



*Maps courtesy of BOEM*

Case 1:25-cv-13961-DJC    Document 40-1    Filed 01/12/26    Page 10 of 20

**Gulf of Maine
Draft WEA**

### Gulf of Maine
### Draft Wind Energy Area

- Draft Wind Energy Area (WEA)
- Call Area
- Request for Interest (RFI) Area
- Request for Competitive Interest (RFCI) Area
- Maine Research Array Requested Lease Area
- Stellwagen Bank National Marine Sanctuary
- Traffic Separation Scheme
- Existing BOEM Leases

**BOEM Secondary Areas for Further Analysis**
- Secondary Area A (SA-A)
- Secondary Area B (SA-B)
- Secondary Area C (SA-C)

0    25    50    100 km
0    15    30    60 nm

BOEM
Bureau of Ocean Energy Management

Map Date: 09/21/2023    OREP-2023-1945

**Oregon
Draft WEAs**

### Oregon Draft Wind Energy Areas

- Federal / State Boundary
- Oregon Principal Ports
- Draft Wind Energy Area – A
- Draft Wind Energy Area – B
- Coos Bay Call Area
- Brookings Call Area

0    20    40
Miles
0    30    60
Kilometers
Scale: 1:1,360,000

Map Date: 8/14/2023  PAC_10030
Datum: North American 1983

BOEM
Bureau of Ocean Energy Management

Background Data Source:
CHS, Esri, GEBCO, DeLorme, NaturalVue

*Maps courtesy of BOEM*

## PERMITTING & TIMELINES (CONT.)

**U.S. Sees Disappointing Gulf of Mexico Auction, Could See Three to Four Auctions in 2024**
*(cont.)*

The leasing path beyond 2025 is unclear. The Biden Administration has committed to a second auction in the Gulf of Mexico (which could occur in 2024) and in the Central Atlantic (after local stakeholders warned Maryland could not meet its state commitments with the currently identified areas for a 2024 auction). Beyond these commitments, one can only speculate. Passage of the Inflation Reduction Act allowed for offshore wind development to occur off Puerto Rico. The area identified in the Gulf of Maine is large enough for multiple auctions. And energy-hungry states like California and New York may petition the federal government for new areas. There is more certainty in timing, as a provision in the Inflation Reduction Act only allows for offshore wind leasing if an offshore oil and gas lease occurred in the same year; the Biden Administration release forward looking oil and gas sales to occur every other year from 2025 to 2030.

**U.S. Offshore Wind Market: 2021-2025**



OCEANTIC
NETWORK

# PERMITTING & TIMELINES (CONT.)

## Federal Administration Continues Reforms to the Permitting Process

The federal government continued taking steps it said would bring more efficiency to the Department of Interior's permitting system. The year began with the Department of Interior proposing modernized offshore wind regulations, saying it would save the industry upwards of $1 billion in avoided regulatory costs and decrease overall industry uncertainty. A few months later, BOEM proposed a construction and operations plan submittal "checklist" it said would ensure timely review of projects.

In practice, BOEM has increased its utilization of regional environmental assessments and impact assessments that span multiple projects – an effort to speed individual reviews and drive environmental protection by requiring mitigation measures early in the permitting process. As an example, after leasing in the New York/New Jersey Bight, BOEM commenced a Programmatic Environmental Impact Statement (PEIS), a draft of which was released in early 2024 and included dozens of mitigation measures that could be adopted as part of a project approval. A PEIS process is underway offshore California.

## Louisiana Pushes State Leasing Forward

The federal government (generally) controls offshore wind development in waters beginning three miles offshore, but states have authority up to that line and in inland waters, like the Great Lakes. State water projects have potential benefits, including lower transmission costs, potentially faster environmental review, and auction fee avoidance. With the federal market maturing and becoming more expensive, state water projects represent a new frontier for the industry. However, states must still set up regulatory frameworks to support industry growth.

Louisiana, which has been permitting carbon projects within its state waters for decades, approved operating agreements with the 60,000-acre Cajun Wind and 6,000-acre Diamond Offshore Wind projects. The operating agreements include up-front payment costs between $300,000 and $400,000 and royalty fees between 1.5% and 2.2%. The projects must work through an untested environmental review process but nevertheless showed a state adopting existing regulatory frameworks to advance offshore wind.



| 1 | **Cajun Winds** Vestas *(State)* | 3 | **GOM Final WEAs** *(Federal)* |
| 2 | **OCS-G 37334** RWE *(Federal)* | 4 | **DOW LA** Diamond *(State)* |

### Louisiana Pushes State Leasing Forward
*(cont.)*

On the other hand, offshore wind suffered a setback in the Great Lakes. The Ohio-based Icebreaker pilot project was officially cancelled by developers who could not secure financial backing despite the project winning a State Supreme Court case on the validity of state environmental permits. To the west, Illinois considered a bill for a pilot commercial project in Lake Michigan but failed to pass legislation out of the State Senate.

## Installation Timelines Further Delayed

The multitude of global economic challenges has significantly delayed deployment of the U.S. offshore wind industry. With most of the U.S. market working to adjust their state power contracts, projects are experiencing multi-year delays at best, or outright stoppage at worst. Just two years ago, it appeared as if the U.S. market would see a wave of installation beginning in 2025; today, it appears that the first major wave of projects installations will not occur until late in the decade. As a result, market analysts have ratcheted down their projections and now see the U.S. only deploying between 14 GW and 16 GW by 2030, half of what the Biden Administration set as a goal early in its term in office.[2]



**Announced Commercial Operations Dates**

[2] Bloomberg, 10/18/23



## PERMITTING & TIMELINES (CONT.)

**Installation Timelines Further Delayed**
*(cont.)*

Currently, two projects are under development, totaling 932 MW of power generation. Installation activities are expected to begin on the 704 MW Revolution Wind and the massive 2,587 GW Costal Virginia Offshore Wind project (CVOW) in summer 2024. Next should be the Empire Wind I and Sunrise Wind projects for New York, but both must successfully navigate the state's expedited procurement round and quickly secure new power contracts to stay on time. Beyond these six projects, the path is murky as projects expected to be built before 2030 are still financially evaluating options to improve their financial positions. Newly leased areas in the New York/New Jersey Bight are signaling they will not enter operations before 2030.

**Near-Term Estimated Installation Windows**

| Project | Size | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|
| **South Fork Wind** | 132 MW | Completion | | | |
| **Vineyard Wind** | 800 MW | Completion | | | |
| **Revolution Wind** | 704 MW | Onshore Ongoing; Offshore Begins | Completion | | |
| **CVOW-C** | 2,587 MW | Onshore and Offshore Begins | Monopiles complete; turbine installation begins | Completion | |
| **Empire Wind I** | 816 MW | Onshore Begins | Offshore Begins | Completion | |
| **US Wind (Marwin/ Momentum Wind)** | 1,056.5 MW | | Onshore Begins | Offshore Begins | Completion |
| **Sunrise Wind** | 880 MW | Onshore Ongoing | Offshore Begins; onshore completed | Completion | |
| **Atlantic Shores South** | 1,510 MW | Onshore Begins | Offshore Begins | Construction continues | Completion |

# OFFSHORE WIND FINANCIAL TRENDS

As has happened across the economy, costs to develop offshore wind have grown significantly over the past two years, leading to power agreement cancellations as projects became unfinanceable. Four developers announced impairments totaling $7.3 billion and warned of more when fourth quarter financials are released. The few projects successfully advancing generally all entered into supply chain contracts before the industry was impacted by severe cost challenges, however it should be noted South Fork Wind and Revolution Wind developers Ørsted/Eversource each booked significant impairments while advancing the projects forward.

Analysts and publicly available data suggest that costs have risen significantly, and the new federal tax credits are providing moderate relief. Bloomberg NEF found cost drivers pushed the LCOE of offshore wind up 57% since 2021, with a slightly higher rate of impact emanating from rising interest rates than from higher commodity prices; the impact drops to 47% if a developer can qualifying for a bonus tax credit.[3]

Prices struck during New York's fourth offshore wind solicitation and renegotiation hearings suggest that peaking inflation may be leveling off. Developers of four projects – Empire Wind I & II, Beacon Wind, and Sunrise Wind – approached the state's Public Service Commission to request upward revisions of their existing power purchase (OREC) agreements by 27% to 66%. A few weeks later, New York awarded new ORECs for 4 GW of power generation at prices 28% higher than the average of projects awarded in the two previous rounds. New Jersey recently awarded prices about 40% higher than the previous round in 2021.

| New Jersey* | Round 1 (Awarded 2019) | Round 2 (Awarded 2021) | Round 3 (Awarded 2024) |
|---|---|---|---|
| Ocean Wind I | 116.82 | | |
| Ocean Wind II | | 98.41 | |
| Atlantic Shores South | | 106.18 | |
| Attentive Energy Two | | | 165.14 |
| Leading Light | | | 139.53 |
| **Average** | **116.82** | **102.86** | **148.71** |

*From NJBPU Dockets, utilizing Levelized OREC Purchase Price (LOPP)

| New York** | Round 1 (Awarded 2019) | Round 2 (Awarded 2021) | Price Rejected | Round 3 (Awarded 2024) |
|---|---|---|---|---|
| Sunrise Wind | 110.37 | | 139.99 | |
| Empire Wind I | 118.38 | | 159.64 | |
| Empire Wind II | | 107.50 | 177.84 | |
| Beacon Wind I | | 118.00 | 190.82 | |
| Attentive Energy One | | | | |
| Community Offshore Wind | | | | 145.07 |
| Excelsior Wind | | | | |
| **Average** | **114.375** | **112.75** | **178.49** | **145.07** |

**From NYSERDA website using Strike Price

[3] BloombergNEF, "Soaring Costs Stress US Offshore Wind Companies, Ruin Margins", 8/1/23; BloombergNEF's analysis assumes projects qualified for a base 30% ITC in 2021 and 2023.

**OCEANTIC**
NETWORK

## OFFSHORE WIND
## FINANCIAL TRENDS (CONT.)

Major cost drivers could dissipate over 2024, however long-term supply chain pressures are unlikely to be relieved any time soon. As indicated, a majority of cost pressures came from rising interest rates, and the U.S. Fed recently signaled an openness to lowering interest rates over the course of 2024 as inflation continues to cool.[4] Steel prices remain elevated from pre-pandemic levels but have fallen significantly from peak COVID prices.[5] While offshore wind demand continues to greatly exceed supply chain capacity, advisory firm Green Giraffe offered "glimmers of hope" and noted that supply chain companies like turbine, monopile, and cable manufacturers have begun returning to profitability as commodity prices moderated and countries allowed higher offtake rates. BloombergNEF projects that LCOEs will fall by more than 10% for projects financed in 2025.[6] Despite the good news, the firm notes that manufacturing expansion was still extremely expensive when compared to final product profit margins.[7]

### (Some) Federal Tax Guidance Issued

The Inflation Reduction Act was signed into law in August 2022 and has already spurred tens of billions in new renewable energy manufacturing investments, however very little has been targeted at offshore wind. Industry has frequently cited the lack of guidance as to how the IRS would interpret statutes as a major barrier to investment decisions; some guidance has begun to be released, especially late in 2023, again setting up 2024 as a potential year of substantially greater investment.

The IRA includes two principal tax provisions impacting offshore wind manufacturing and development. The main driver is an Investment Tax Credit (ITC) that can be realized by developers worth up to 30% (contingent on meeting prevailing wage and apprenticeship requirements) with an opportunity to take advantage of two bonus credits, each worth 10% of applicable costs. The "Domestic Content Bonus" is awarded for meeting certain domestic content thresholds, while the "Energy Communities Bonus" is awarded for interconnecting to the grid in Energy Communities (defined as areas historically relying on legacy energy systems). Advocacy groups have been making the case for allowing the usage of certain port facilities to qualify a project for the 10% Energy Communities Bonus, in line with the spirit of the law seeking to provide economic benefits to communities that may be impacted by the ongoing energy transition.

A secondary driver of offshore wind manufacturing and development directly impacts manufacturers by giving a cent-per-kilowatt production tax credit for towers, foundations, blades, and nacelles based on nameplate capacity. The Advanced Energy Manufacturing Credit, better known as "45X," will allow manufacturers to realize the credit awards in the form of Direct Pay, avoiding the need to find tax liability partners for facility investment. Further guidance on the credit was released in late 2023, giving clarity to investors looking at the U.S. market. The analysis firm Wood Mackenzie estimates that the 45X credit would reduce the domestic production cost of blades by 27%, towers by 18%, monopiles by 4%, and nacelles by 8%.[8] 45X begins phasing out by 25% per year starting in 2030; with construction lead-times estimated at two years, manufacturers may be squeezed by a tight timeline to recoup the full value of the credits (absent further action by Congress to extend the sunset of the credit). The Network will release further information regarding the ITC and PTC during webinars and at IPF.

[4] CBS News, 1/15/24; CNBC, 12/13/23
[5] US Midwest Domestic Hot-Rolled Coil Steel Futures, CME
[6] 2H 2023 LCOE Update: An Uneven Recovery
[7] Green Giraffe Advisory, 11/17/23
[8] Department of Energy Offshore Wind Market Report 2023

# SUPPLY CHAIN UPDATE

### Investment in U.S. Market Weakens, Outlook Stronger

With most offshore wind projects suffering financial difficulty and the industry awaiting Inflation Reduction Act tax guidance, new investments into the U.S. market slowed at a time when acceleration was needed. Year over year, investments into the supply chain grew 41%, buoyed by New York's approval of the Propel Alternate Solution 5 shared transmission project on Long Island. Excluding shared transmission projects, investments fell 31% while still generating $2 billion in new factories, ports, vessels, and research.[9]

Investments should turn around in 2024 for many of the reasons 2023 showed slow growth. As noted above, states have long driven supply chain investments and currently have several procurement windows open. New IRA tax guidance gives long awaited clarity, including a requirement that developers seeking a domestic content tax bonus utilize 100% American-made towers. With greater individual project certainty, more mid-size vessel orders are expected.

| | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | Total (2014-2023) |
|---|---|---|---|---|---|---|---|
| **Finance Investments** | $1,130M | - | $1,365M | - | $5,422M | $1,784M | **$9,772M** |
| **Supply Chain Investments** | $281M | $50M | $2,086M | $2,547M | $4,377M | $6,181M | **$15,653M** |

| Supply Chain Investments by Major Category (2020-2023) | 2020 | 2021 | 2022 | 2023 | Total (2014-2023) |
|---|---|---|---|---|---|
| **Port Development** | $819M | $660M | $740M | $690M | **$3,036M** |
| **Supply Chain** | $252M | $1,683M | $1,820M | $1,141M | **$5,148M** |
| **Vessel Orders** | $999M | $80M | $392M | $168M | **$1,644M** |
| **Research** | $9M | $81M | $57M | $83M | **$272M** |
| **Workforce Development** | $5M | $29M | $46M | $28M | **$157M** |
| **Shared Transmission Upgrades** | - | - | $1,321M | $4,070M | **$5,391M** |

[9] This figure excludes two large port development announcements in Long Beach, California, and Port Arthur, Texas, worth a combined $6 billion. As they solidify designs and financing, both projects will be added.

Case 1:25-cv-13961-DJC   Document 40-1   Filed 01/12/26   Page 14 of 20

# SUPPLY CHAIN UPDATE (CONT.)

The Network maintains two separate tools designed to connect suppliers within the U.S. offshore wind industry and supply its members with valuable market intelligence. Oceantic Network's Supply Chain Connect and Offshore Wind Market Dashboard showed that despite negative headlines, the number of companies looking to work in offshore wind and the number of supplier contracts awarded showed consistent growth. Oceantic Network strives to connect suppliers of all sizes within the U.S. offshore wind industry and provide critical market intelligence through its tools. Supply Chain Connect (SCC), the Network's offshore wind-focused supplier registry, contains thousands of companies and organizations who have registered their interest in participating in the industry's supply chain. In 2023, SCC experienced significant growth, increasing its total population 43% to over 4,250 entries. Compared to 2022, the number of new entries in SCC more than doubled with a year over year growth of 113.1%.



**5%** International with U.S. subsidiaries

**3.5%** International with U.S. headquarters

**18.8%** International with U.S. locations

**8.7%** International with no U.S. locations

**63.7%** U.S. locations only

**Companies Awarded Contracts**



**Contracts by Region**

**33.5%** Mid-Atlantic

**5%** West

**28%** Gulf Coast & South

**30%** Northeast

**2.6%** Midwest

# SUPPLY CHAIN UPDATE (CONT.)

The Network also maintains the Offshore Wind Market Dashboard, a business intelligence tool that helps track awarded supply chain contracts identified either through private disclosure or public news sources. Over the past year, the Network identified 577 new contracts added – more than double the contract additions of the previous year. New companies are getting into the supply chain with 244 businesses reporting their first offshore wind contract in 2023. As the first utility-scale projects began construction, the Network analyzed our contract database to assess if contracts associated with project infrastructure grew their slice of the total contract pie. Project infrastructure contracts include categories directly tied to construction such as union labor, original equipment manufacturers (OEMs), and marine services. Based on the data, the number of contracts in the project infrastructure category increased in aggregate at a faster rate than previously, but the share of total contracts in the category did not. The Network believes that this can be attributed to the large number of projects that entered the siting and permitting phase at the same time – resulting in all sectors of the industry growing at a similar rate.

| | Number of Contracts Identified | | | Percentage Share | |
|---|---|---|---|---|---|
| **Year** | **Project Infrastructure** | **Other Services** | **Total** | **Project Infrastructure** | **Other Services** |
| **2020** | 142 | 246 | 388 | 37% | 63% |
| **2021** | 188 | 234 | 422 | 45% | 55% |
| **2022** | 109 | 150 | 259 | 42% | 58% |
| **2023** | 230 | 347 | 577 | 40% | 60% |
| **Total** | **669** | **977** | **1,646** | | |

OCEANTIC NETWORK

## SUPPLY CHAIN UPDATE (CONT.)

### Manufacturing Supply Chain Capacity Stalls[10]

On paper, the U.S. offshore wind manufacturing sector appears strong. Project developers committed to supporting nearly a dozen primary component manufacturing facilities up and down the East Coast, but only two facilities have come online while the rest have yet to break ground. The reasons are predictable – inflationary pressures drove up construction prices and some manufacturers are experiencing global challenges impacting their planned U.S. investments. Because the first wave of U.S. supply chain investments was anchored by the power purchase agreements of individual projects, the instability in the power procurement process froze many facilities.

### U.S. Offshore Wind Component Manufacturing



### IN OPERATION

**1** Foundation Components / *Providence, RI*
**2** Secondary Steel / *Port of Coeymans, NY*
**3** Secondary Steel / *Wellsville, NY*
**4** Monopiles / *Paulsboro, NJ*
**5** Secondary Steel / *Federalsburg, MD*
**6** Heavy Plate Steel/ *Brandenburg, KY*
**7** Cables / *Huntersville, NC*
**8** Jacket Foundations / *Houma, LA*
**9** Cables / *Charleston, SC*
**10** Offshore Substation / *Ingleside, TX*
**11** Plate Steel / *Baytown, TX*

### PLANNED

**12** Steel Slabs / *Mingo Junction, OH*
**13** Cables / *Brayton Point, MA*
**14** Tower & Transition Pieces / *Albany, NY*
**15** Nacelles / *Alloways Creek, NJ*
**16** Tower, Monopile, Cables / *Baltimore, MD*
**17** Blades and Nacelles / *Port of Coeymans, NY*

There were few official announcements last year as many manufacturing projects reside in a state of limbo. Despite its anchor project (Coastal Virginia Offshore Wind) moving forward on a consistent timeline, Siemens Gamesa scrapped plans for a blade finishing facility at the Port of Virginia. In New Jersey, the EEW-AOS monopile facility officially opened and began assembly of foundations only to see its anchor contract, Ocean Wind I, halt development. In positive news, the planned Prysmian cable facility in Somerset, Massachusetts appears to be moving forward after securing local agreements, and investments in Baltimore continue demonstrating resiliency. The announced GE blade and nacelle facilities near Albany, New York, offer a new model by aligning facility investment with up to three procurement commitments, instead of one, and immediately supporting the project with state funding.

[10] This section excludes the manufacturing investments secured in New Jersey's third solicitation round announced in January 2024.

## Notable Offshore Wind Influenced Investments in 2023

### Port Development

| | | |
|---|---|---|
| **California** | US DOT Grant for Redwood Marine Terminal and Baywide Master Plan Project | $8,672,986 |
| **Maryland** | US DOT Grant for Baltimore County Offshore Wind Manufacturing Hub | $47,392,500 |
| **New Jersey** | US DOT Grant for the Wind Port at Paulsboro | $20,494,025 |
| **Rhode Island** | ProvPort East Providence Port Expansion Phase 1 | $70,000,000 |
| **Virginia** | Norfolk project transforming Lamberts Point Docks into offshore wind, shipbuilding hub | $500,000,000 |
| | US DOT Grant for Norfolk Offshore Wind Logistics Port | $39,265,000 |

### Supply Chain

| | | |
|---|---|---|
| **New York** | GE Vernova Announces $668m private investment with $300m public investment in Nacelle and Blade Factory | $968,000,000 |
| **Ohio** | JSW Steel USA upgrade to Mingo Junction plant to support OSW requirements | $160,000,000 |
| **Virginia** | Norfolk's Lyon Shipyard adding over 130 jobs as part of expansion related to offshore wind projects | $8,500,000 |

### Vessel Orders

| | | |
|---|---|---|
| **Wisconsin** | CREST Wind (Crowley/ESVAGT) Service Operations Vessel (SOV) for CVOW (Fincantieri Shipyard) | $167,840,708 |

### Research

| | | |
|---|---|---|
| **New York** | DOE Grant to GE Verona for Domestic Manufacturing of Large Clean Energy Castings | $14,900,000 |

### Workforce Development

| | | |
|---|---|---|
| **Massachusetts** | Bristol Community College renovating warehouse into the National Offshore Wind Institute training center | $10,000,000 |
| **New York** | Offshore Wind Training Institute (OWTI) awarding grant for training initiatives at various NY universities | $4,000,000 |

### Transmission

| | | |
|---|---|---|
| **New York** | NYISO selects Propel Alternate Solution 5 to deliver at least 3,000 MW from offshore wind projects | $3,260,000,000 |
| | Con Edison's Hudson Avenue generating station is being transformed into the Brooklyn Clean Energy Hub | $810,000,000 |



# SUPPLY CHAIN UPDATE (CONT.)

**Manufacturing Supply Chain Capacity Stalls**
*(cont.)*

Steel manufacturing and fabrication was one of the few bright spots for domestic supply chain development. General demand for steel used in renewable energy deployment, including offshore wind specifically, prompted a $145 million investment into an Ohio River Valley steel mill. Western New York steel mill Ljungström reported new contracts to supply secondary steel components to Ørsted's portfolio. The components would be finished by Riggs Distler in new port-side facilities in Providence, Albany, and Baltimore.

As noted previously, the onset of greater market certainty over this next year should clarify the trajectory of the offshore wind supply chain.

## No New Vessel Orders, but Vessels Begin Rolling off Shipyards

While no new orders were placed, 2023 marked the beginning of a steady stream of newbuild and retrofit vessels entering service in the U.S. offshore wind market that will only accelerate as the industry comes to life. The Network tracked two new CTV launches, both out of the Senesco Marine shipyard, and one new survey vessel; with at least 16 more CTVs on order, future years should see an acceleration of newbuild launches for maintenance operations.

**Vessels Launched in 2023**

| Name | Vessel Type | Operator | Shipbuilder |
|---|---|---|---|
| **Windserve Genesis** | Crew Transfer Vessel (CTV) | WindServe Marine | Senesco |
| **Windserve Journey** | Crew Transfer Vessel (CTV) | WindServe Marine | Senesco |
| **R/V Shackleford** | Research Vessel | NV5-Geodynamics | All American Marine |
| **Marmac (Retrofit)** | Barge | Foss | - |
| **Foss Prevailing Wind (Retrofit)** | Barge | Foss | - |
| **Capt. Les Eldridge (Retrofit)** | Crew Transfer Vessel (CTV) | Coast Line Transfers | Hornblower |
| **Gateway Endeavor (Retrofit)** | Crew Transfer Vessel (CTV) | Windea | Hornblower |
| **Cade Candies (Retrofit)** | Service Operation Vessel (SOV) / Offshore Supply Vessel (OSV) | Otto Candies | Candies Shipbuilding |
| **Paul Candies (Retrofit)** | Service Operation Vessel (SOV) / Offshore Supply Vessel (OSV) | Otto Candies | Candies Shipbuilding |
| **Crowley Barge (Retrofit)** | Barge | Crowley | - |

**Anticipated Launches of Larger Vessels**

| Name | Vessel Type | Operator | Shipbuilder | Location | Project Destination | Est. Launch |
|---|---|---|---|---|---|---|
| **ECO Edison** | Service Operation Vessel (SOV) | Edison Chouest | Edison Chouest | Houma, LA | Revolution Wind, Sunrise Wind, South Fork Wind | 2024 |
| **Charybdis** | Wind Turbine Installation Vessel (WTIV) | Dominion | Keppel AM | Brownsville, TX | CVOW | 2025 |
| **Acadia** | Subsea Rock Installation Vessel (SRI) | Great Lakes Dredge and Dock | Philly Shipyard | Philadelphia, PA | Empire Wind I & II | 2025 |
| **Maersk WTIV System (Unnamed)** | Wind Turbine Installation Vessel (WTIV) | Maersk/ Kirby | SembCorp Marine (Singapore) / Kirby (Texas) | Sinagpore & Texas | Empire Wind I & II | 2025 |
| **HAV 832 (Unnamed)** | Service Operation Vessel (SOV) | Crowley/ ESVAGT | Fincantieri Bay Shipbuilding | Sturgeon Bay, Wisconsin | CVOW | 2026 |
| **Edison / Empire SOV (Unnamed)** | Service Operation Vessel (SOV) | Edison Chouest | Edison Chouest | Houma, LA | Empire Wind I & II | 2026 |

With newbuilds slowly entering service, retrofit vessels have filled critical gaps in support of installation and operations activities. U.S. shipyards produced at least 6 retrofits, including two CTVs, three offshore supply vessels with personnel movement capabilities, and a barge.[11]

Work continued on the U.S. market's fleet of larger vessels. The nation's first purpose-built Service Operations Vessel (SOV) Eco Edison is nearly complete in Louisiana, and Dominion's Wind Turbine Installation Vessel (WTIV) Charybdis will enter service in late 2024 or early 2025. Three shipyards held steel cutting ceremonies, including one for Great Lakes Dredge and Dock's subsea rock installation vessel attended by President Joe Biden in Philadelphia. Shipyards cut steel on two more SOVs with all vessels expected to enter service in 2025 or later.

The federal government continued its efforts to support offshore wind shipbuilding by announcing amendments to the MARAD Title XI financial support program in late 2023. A year ago, the Biden Administration announced it was designating offshore wind vessels of "National Interest" and giving priority to their application processing. However, in the past year and despite numerous applications before MARAD, only one vessel application received a letter of commitment, according to the trade publication MarineLink.[12]



*President Biden attends the steel cutting ceremony for Great Lakes Dredge and Dock in Philadelphia.*

---

[11] Two more barges were believed to undergo work in Europe
[12] MarineLink, 12/20/23

# SUPPLY CHAIN UPDATE (CONT.)

## Port Funding Steady, New England Ports Come Online[13]

Funding into U.S. port development remained stable in 2023 as the public and private sector appeared undeterred by the financial uncertainties impacting other investments. In fact, the Network's calculation does not include a combined $6 billion for proposed ports in Long Beach, California and Port Arthur, Texas that will be added as more details and secured financials fall into place. The most significant announcement was $500 million for a new operations & maintenance (and potentially manufacturing) port in Norfolk, Virginia, and a $70 million port expansion in Providence. Federal money was also allocated for Baltimore, Paulsboro, and, again, Norfolk.

U.S. ports were put to the test in 2023 as major installation activities were staged out of New Bedford, Providence, and the newly completed port of New London. Construction continued at the New Jersey Wind Port, expected to finish in early 2024, and in Virginia where the first monopiles for the CVOW-C project began arriving. Other new plans were announced for Humboldt in California, Port Fourchon in Louisiana, and Salem, Massachusetts.



**Capital Required to Address the Offshore Wind Port Infrastructure Gap (in $M)**

- **$7,200** Potential financial costs
- **$8,756** Construction cost escalation
- **$27,243** Construction capital (2023 $)

*Data sourced from 2023 Oceanic Network report "Building a National Network of Offshore Wind Ports"*

While new investments in ports maintained a steady pace, more will be needed to ensure a flourishing domestic industry. The Network-published policy paper, *Building a National Network of Offshore Wind Ports*, found the need for 74 new offshore wind specific ports and $36 billion in new investments. Unsurprisingly, the report found areas of great need included the West Coast, where at least twelve Staging & Integration (S&I) and floating foundation assembly berths will be needed to help build towards California's 25 GW goal, and twelve more flexible laydown areas spread across the East, West, and Gulf coasts. Without the investment, the lack of port infrastructure represents a significant bottleneck on future development.

[13] Two more barges were believed to undergo work in Europe

---

**Port Funding Steady, New England Ports Come Online**
*(cont.)*



**Offshore Wind Port Infrastructure Requirements by Port Type and Project Status**

Legend:
- Required projects without identified sites (high scenario)
- Sites in development
- Sites in commercial operations

| Port Type | Required projects without identified sites | Sites in development | Sites in commercial operations | Total |
|---|---|---|---|---|
| Marshaling | 5 | 7 | 2 | 14 |
| Staging & Integration | — | 10 | 2 | 12 |
| Flexible Laydown | 12 | 2 | 2 | 16 |
| Manufacturing (Large) | 19 | 6 | 1 | 26 |
| Manufacturing (Medium) | — | 11 | 2 | 14 |
| Operations & Maintenance CTV | 11 | 6 | 1 | 18 |
| Operations & Maintenance SOV | 16 | — | 3 | 19 |

*Data sourced from 2023 Oceanic Network report "Building a National Network of Offshore Wind Ports"*



*Riggs Distler assembles external platforms at Port of Providence, Rhode Island. (Photo courtesy Waterson Terminal Services)*

## SUPPLY CHAIN UPDATE (CONT.)

### Major Steps Forward in Transmission Planning

Momentum to advance coordinated transmission development grew in 2023 as state and federal efforts increasingly aligned, and as individual states continued managed buildout processes. The year's headline achievement was the release of the Department of Energy's Atlantic Offshore Wind Transmission Action Plan which laid out policy, regulatory, and market actions to facilitate an efficient deployment of 85+ GW. The report emphasized the need for inter-regional coordination and an offshore network of HVDC interlinks (which require research and standardization). The DOE has launched a similar effort on the West Coast and has plans for the Gulf of Mexico.

**Recommended Atlantic Offshore Wind Transmission Development through 2050**




*Maps courtesy U.S. Department of Energy*

Preceding the report's release, eight East Coast states formed the "Northeast States Collaborative on Interregional Transmission" and petitioned the DOE to support their collaboration with technical expertise and convening authority. On a more regional basis, four New England states submitted a concept paper seeking DOE funding for coordinated HVDC deployment and a network of multi-terminal high voltage direct current (MTDC) system. While the initiative did not receive funding, it still represented a step forward in multi-state collaboration.

While major regulatory and technical hurdles remain, the recent efforts (and advances) showcase how far the coordinated transmission discussion has evolved in just the past few years. In 2019, the Network's Leadership 100 Summit identified the need for coordinated transmission education and advocacy, culminating in a 2020 policy paper. Sustained federal leadership is needed to bridge complex overlapping authority roles and funding challenges (including free-rider considerations).

### Major Steps Forward in Transmission Planning
*(cont.)*

On the individual-state level, New York and New Jersey advanced state-specific transmission development procurement processes, while Maryland and Delaware advanced legislation calling for studies into regional coordination. In June, New York approved a $3.3 billion transmission proposal to facilitate 3 GW of offshore wind power generation from Long Island to northern New York City (Bronx County). Other New York actions included Con Edison's $810 million investment into a new Brooklyn substation capable of interconnecting 1.5 GW, Rise Light & Power forming a partnership with Attentive One to transform the Ravenswood Generating Station into an interconnection and operations hub, and Equinor/bp's $215 million purchase of the Astoria Gas Turbines stations, also in Queens, to connect their Beacon Wind project to the grid.

New Jersey sought to build on the success of its first State Agreement Approach process that identified a transmission solution to facilitate 7.5 GW of offshore wind by launching what has been dubbed SAA 2.0. SAA 2.0 would facilitate a further 3.5 GW of power generation onto the grid, matching the state's 11 GW offshore wind goal. As part of Maryland's bill raising the state's goal to 8.5 GW, the legislature required the state conduct a study to determine how to bring the remaining 6 GW of power onto the state's grid, called for working with other states in the region, and authorized the state's public utility board to conduct a solicitation. This effort was mirrored in Delaware, which required a similar study and regional collaborative effort should the state proceed with an offshore wind procurement.



**States Advancing Coordinated Transmission Development**

# CONCLUSION

The conclusion of 2023 marked a significant milestone for the U.S. offshore wind industry with the first two commercial-scale projects energizing the grid, yet this success was a bright spot in a challenging year of financial turbulence, supply chain issues, and project delays. As we look to 2024, it represents a critical juncture; states are poised to award up to 15.5 GW of new power offtake, which will not only compensate for lost contracts but also potentially increase the total to 25 GW under contract by year-end, reflecting a robust demand for offshore wind.

With the federal government streamlining the permitting process and states driving solicitations forward, the industry is on the cusp of a transformative period- a period we call Sea Change. It is a shift from the theoretical and pilot projects to the reality of commercial-scale projects in the water. The horizon looks vastly different from years past. The Sea Change we are witnessing is not just about capacity and technology; it is about creating a sustainable, interconnected, and resilient energy landscape that can withstand the demands of the future and appreciates the full societal value of ocean renewable energy. Successful navigation through this transition and leveraging new investments will be crucial for the industry to achieve a swift deployment and establish a strong domestic supply chain, setting the stage for accelerated growth and stability in the years to follow.



**OCEANTIC**
NETWORK
Powering the Blue to Green
Supply Chain

oceantic.org

○ in f Oceantic Network
○ @oceanticnetwork

