# Exhibit 1

Michael Goggin

**Education:**
Harvard University class of 2004, B.A. *cum laude* in Social Studies
- Wrote thesis "Is it Time for a Change? Science, Policy, and Climate Change"

**Experience:**

Grid Strategies                    Vice President                    February 2018-present
- Serve as an expert consultant on electricity transmission, grid integration, reliability, market, and policy issues for non-profit, grid operator, state regulator, and industry clients
- Have testified before FERC and in dozens of state regulatory commission cases
- Actively engaged in NERC Standards development processes related to renewable and storage resources

AWEA        Senior Director of Research, other titles        February 2008-February 2018
- Led team responsible for all American Wind Energy Association analysis
- Served as primary technical and economic expert on market design, transmission, grid integration, carbon policy, and other topics
- Authored regulatory filings at state (IRP and transmission siting cases), regional (RTO transmission and market design), and federal levels (FERC transmission, interconnection standard, grid integration, and market design cases; EPA carbon policy)
- Directed economic and power sector modeling to inform AWEA's policy strategy and support advocacy positions
- Communicated with the press and policy makers about wind energy
- Other titles included Electric Industry Analyst, Senior Analyst, Manager of Transmission Policy, Director of Research

Sentech, Inc.            Research Analyst            October 2005-February 2008
- Conducted economic analyses of solar, wind, geothermal, hydrogen, and energy storage technologies for U.S. Department of Energy officials
- Provided analytical support for DOE's renewable energy R&D funding decisions

Union of Concerned Scientists      Clean Energy Intern      May 2005-October 2005
- Worked with the legislative and field staff to promote the inclusion of pro-renewable energy measures in the Energy Policy Act of 2005

State Public Interest Research Groups      Policy Analyst      August 2004-May 2005
- Analyzed and advocated for clean energy policies at the state and federal level

Publications available at https://gridstrategiesllc.com/reports/