UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| RENEW NORTHEAST, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-13961 |

**JOINT MOTION FOR AN ORDER ADOPTING A BRIEFING SCHEDULE AND GRANTING DEFENDANTS LEAVE TO FILE AN OVERSIZED BRIEF RELATED TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, AND REQUEST FOR ORAL ARGUMENT**

Plaintiffs RENEW Northeast, Alliance for Clean Energy – New York, Renewable Northwest, Southern Renewable Energy Association, Interwest Energy Alliance, Mid-Atlantic Renewable Energy Coalition Action, Clean Grid Alliance, Carolinas Clean Energy Business Association, and Green Energy Consumers Alliance, Inc. (collectively, "Plaintiffs"), together with Defendants United States Department of the Interior ("DOI"); Douglas Burgum, Secretary of the Interior, in his official capacity; Bureau of Land Management ("BLM"); Steve Pearce, Director of BLM, in his official capacity; Bureau of Ocean Energy Management ("BOEM"); Matthew Giacona, Acting Director of BOEM, in his official capacity; Bureau of Safety and Environmental Enforcement ("BSEE"); Kenneth Stevens, Principal Deputy Director of BSEE, in his official capacity; United States Fish and Wildlife Service ("USFWS"); Brian Nesvik, Director of USFWS, in his official capacity; United States Army Corps of Engineers ("USACE" or the "Corps"); and William H. Graham, Jr., Chief of Engineers and Commanding General, in his official capacity

(collectively, "Defendants," and together with Plaintiffs, the "Parties"), jointly move this Court for an order adopting a briefing schedule and granting Defendants leave to file an oversized brief in opposition to Plaintiffs' pending Motion for Preliminary Injunction. Also, Plaintiffs request oral argument on Plaintiffs' pending Motion for Preliminary Injunction, and Defendants do not oppose this request. In support of this motion, the Parties state as follows:

1. Plaintiffs filed an Original Complaint on December 23, 2025. Dkt.1.

2. On January 9, 2026, this Court granted Plaintiffs leave to file a 50-page brief in support of their then-forthcoming Motion for Preliminary Injunction, and a 20-page reply brief in further support thereof. Dkt.32.

3. Plaintiffs filed an Amended Complaint on January 12, 2026. Dkt.33. That same day, Plaintiffs also filed a Motion for Preliminary Injunction and a 50-page brief in support thereof. Dkt.35–36.

4. The Parties have met and conferred about various issues related to Plaintiffs' pending preliminary injunction motion.

5. First, the Parties have agreed to request the following briefing schedule:

    a. Defendants' brief in opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed by February 10, 2026.

    b. Plaintiffs' reply brief in support of Plaintiffs' Motion for Preliminary Injunction shall be filed by February 20, 2026.

6. Second, Defendants seek this Court's leave, and Plaintiffs do not oppose such request, to file a 50-page opposition brief because the number and complexity of the claims in this lawsuit require more space than Local Rule 7.1's 20-page limit otherwise allows.

## REQUEST FOR ORAL ARGUMENT

7. Pursuant to Local Rule 7.1(d), and given the number and complexity of the issues presented, Plaintiffs respectfully request oral argument on Plaintiffs' Motion for Preliminary Injunction, and Defendants do not oppose this request. To the extent it may help the Court determine a hearing date, the Parties are currently available for such hearing on the following days during the first two weeks of March 2026: March 2–6, 9, and 13.

WHEREFORE, the Parties respectfully request that this Court enter an order granting Defendants leave to file a 50-page brief in opposition to Plaintiffs' Motion for Preliminary Injunction and making that brief due not later than February 10, 2026, making Plaintiffs' reply brief in support of Plaintiffs' Motion for Preliminary Injunction due not later than February 20, 2026, and granting oral argument on Plaintiffs' Motion for Preliminary Injunction.

Dated: January 20, 2026.

| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANTS |
|---|---|
| /s/ Daron L. Janis | /s/ Paul A. Turcke w/ permission |
| Daron L. Janis (BBO #703028) | Adam R.F. Gustafson |
| TROUTMAN PEPPER LOCKE LLP | Principal Deputy Asst. Attorney General |
| 111 Huntington Ave., 9th Floor | United States Department of Justice |
| Boston, MA 02199 | Env't & Natural Resources Division |
| (617) 239-0124 | |
| daron.janis@troutman.com | Paul A. Turcke (Idaho Bar #4759) |
| | Trial Attorney |
| Misha Tseytlin (*PHV filed*) | Natural Resources Section |
| TROUTMAN PEPPER LOCKE LLP | 1290 West Myrtle St., Suite 500 |
| 111 S. Wacker Dr. | Boise, ID 83702 |
| Suite 4100 | (202) 532-5994 |
| Chicago, IL 60606 | paul.turcke@usdoj.gov |
| (608) 999-1240 | |
| misha.tseytlin@troutman.com | |

- 4 -

M. Benjamin Cowan (*PHV filed*)
TROUTMAN PEPPER LOCKE LLP
600 Travis Street, Suite 2800
Houston, TX 77002
(713) 226-1339
ben.cowan@troutman.com

Kaitlin O'Donnell (*PHV filed*)
TROUTMAN PEPPER LOCKE LLP
1313 N. Market St., Suite 1000
Wilmington, DE 19801
(302) 777-6541
kaitlin.odonnell@troutman.com

Anais Jaccard (*PHV filed*)
TROUTMAN PEPPER LOCKE LLP
301 S. College St, 34th Floor
Charlotte, NC 28202
(704) 916-1506
anais.jaccard@troutman.com

- 5 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of January, 2026, a true and correct copy of the foregoing is being served via the Court's CM/ECF system upon all counsel of record.

                                                */s/ Daron L. Janis*
                                                Daron L. Janis