AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| Renew Northeast, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13961 |
| U.S. Department of the Interior, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Amici Curiae Natural Resources Defense Council, Citizens Campaign for the Environment, Environmental League of Massachusetts, Environmental Protection Information Center, New York League of Conservation Voters.

Date: 02/11/2026

/s/ Julia K. Forgie
*Attorney's signature*

Julia K. Forgie (CA Bar #304701)
*Printed name and bar number*

Natural Resources Defense Council
1314 Second Street
Santa Monica, CA 90401
*Address*

jforgie@nrdc.org
*E-mail address*

(310) 434-2300
*Telephone number*

*FAX number*