AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
для
District of Massachusetts

| RENEW Northeast, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-13961 |
| U.S. Department of the Interior, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

amicus curiae Sierra Club.

Date: 02/12/2026

/s Aaron M. Bloom
*Attorney's signature*

Aaron M. Bloom NY 4247714
*Printed name and bar number*

Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005

*Address*

abloom@earthjustice.org
*E-mail address*

(917) 410-8727
*Telephone number*

(212) 918-1556
*FAX number*

## CERTIFICATE OF SERVICE

      I, Aaron M. Bloom, certify that this document was filed through the CM/ECF system on February 16, 2026, and will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF).

                                                                                                */s/ Aaron M. Bloom*  
                                                                                                Aaron M. Bloom