**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

|  |  |
|---|---|
| RENEW NORTHEAST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-13961 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants United States Department of the Interior, et al., hereby seek a 14-day extension of time to respond to Plaintiffs' Amended Complaint.  A copy of the summons and Complaint, Dkt. 1, was served on the United States under Federal Rule of Civil Procedure 4(i) on December 31, 2025.  Plaintiffs' Amended Complaint, Dkt. 33, was filed on January 12, 2026.  Defendants' response to the Amended Complaint is thus presently due on March 2, 2026.  *See* Fed. R. Civ. P. 12(a)(2), 15(a)(3).  Defendants seek a 14-day extension of this deadline to March 16, 2026.  The extension is necessary because trial and agency counsel have directed their efforts in this case to addressing Plaintiffs' Motion for Preliminary Injunction, Dkt. 35, and therefore require additional time to respond to the Amended Complaint.  Counsel have conferred, and Plaintiffs do not oppose this motion.

1

Respectfully submitted this 24th day of February 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/  Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney (Idaho Bar No. 4759)
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

ROBERT P. WILLIAMS
Senior Trial Attorney (DC Bar No. 474730)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 305-0210
robert.p.williams@usdoj.gov

REDDING C. CATES
Senior Trial Attorney (Cal. Bar No. 269055)
Environmental Defense Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 353-5561
redding.cates@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of February 2026, a true and correct copy of the

foregoing is being served via the Court's CM/ECF system upon all counsel of record.

*/s/ Paul A. Turcke*
Paul A. Turcke

2