**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| RENEW NORTHEAST, *et al*., <br><br> Plaintiffs, <br><br><br> v. <br><br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*., <br><br> Defendants. | Civil Action No. 1:25-cv-13961 |

**[PROPOSED] ORDER GRANTING**
**DEFENDANTS' MOTION TO DISMISS**

Before the Court is Defendants' United States Department of the Interior, *et al*., Motion to Dismiss, Dkt. 85.  For good cause, the motion is **ALLOWED**, and this case is dismissed without prejudice.

SO ORDERED.

/s/_____
Hon. Denise J. Casper
United States District Judge

1