

# United States Department of the Interior

## OFFICE OF THE SECRETARY
Washington, DC  20240

**JULY 15 2025**

Memorandum

| | |
|---|---|
| To: | Assistant Secretaries<br>Bureau and Office Heads |
| From: | Deputy Chief of Staff – Policy |
| Subject: | Departmental Review Procedures for Decisions, Actions, Consultations, and Other Undertakings Related to Wind and Solar Energy Facilities |

GREGORY WISCHER

Digitally signed by GREGORY WISCHER
Date: 2025.07.15 10:58:31 -04'00'

Consistent with Executive Order (EO) 14315, entitled "Ending Market Distorting Subsidies for Unreliable, Foreign-Controlled Energy Sources," EO 14156, entitled "Declaring a National Energy Emergency," Presidential Memorandum, entitled "Temporary Withdrawal of All Areas on the Outer Continental Shelf from Offshore Wind Leasing and Review of the Federal Government's Leasing and Permitting Practices for Wind Projects," Secretary's Order (SO) 3417, entitled "Addressing the National Energy Emergency," and SO 3418, entitled "Unleashing American Energy," all decisions, actions, consultations, and other undertakings—including but not limited to the following—related to wind and solar energy facilities shall require submission to the Office of the Executive Secretariat and Regulatory Affairs, subsequent review by the Office of the Deputy Secretary, and final review by the Office of the Secretary:

1. *Federal Register* notices;

2. notices to proceed;

3. scoping reports;

4. determinations of National Environmental Policy Act (NEPA) adequacy;

5. draft and final environmental assessments;

6. draft, final, and supplemental environmental impact statements;

7. findings of no significant impact;

8. records of decision;

9. approval letters;

10. plans of development;

11. land use plan amendments and revisions;

12. land withdrawals and revocations;

13. areas of critical environmental concern designations;

14. site testing and monitoring authorizations;

15. proposed and final sale notices;

16. lease sales;

17. lease assignments;

18. lease issuances;

19. proofs of construction;

20. site assessment plans;

21. preconstruction environmental surveys;

22. supplemental environmental reports;

23. temporary use permits;

24. access road authorizations;

25. utility corridor concurrences;

26. facility design reports;

27. fabrication and installation reports;

28. certified verification agent approvals;

29. construction and operation plans (COPs);

30. conditions of COP approvals;

31. COP revisions;

32. Engineering and Technical Review Branch recommendation memos;

33. proposed technical and navigational and aviation safety conditions;

34. cable burial risk assessments;

35. oil spill response plans;

36. decommissioning applications;

37. Outer Continental Shelf Lands Act compliance memos;

38. compendium reports;

39. memoranda of agreement;

40. compensatory mitigation plans;

41. historic properties management plans;

42. historic properties treatment plans;

43. performance and reclamation bonding approvals;

44. rental and royalty determinations;

45. cost recovery agreements;

46. financial assurances;

47. rights-of-use and easement;

48. right-of-way (ROW) applications;

49. ROW grants;

50. ROW leases;

51. ROW transfers;

52. leases and ROWs on Tribal lands;

53. Tribal environmental impact reviews;

54. government-to-government Tribal consultations;

55. Wild and Scenic Rivers Act determinations;

56. National Trails System impact evaluations;

57. National Landscape Conservation System coordination;

58. visual impact assessments;

59. visual resource management analyses;

60. cumulative historic resources visual effects analyses;

61. cultural resource consultations;

62. section 106 compliance under the National Historic Preservation Act;

63. consultation under the Magnuson-Stevens Fishery Conservation and Management Act, Endangered Species Act (ESA), Migratory Bird Treaty Act (MBTA), and Bald and Golden Eagle Protection Act (BGEPA);

64. permits under the ESA, MBTA, and BGEPA;

65. biological assessments;

66. biological opinions;

67. approval and publication of studies and assessments, including ecological baseline studies;

68. grants; and

69. any other similar or related decisions, actions, consultations, or undertakings.

These review procedures are effectively immediately.

Cc:     Deputy Assistant Secretaries
        Bureau and Office Deputy Heads
        Assistant Secretary Chiefs of Staff
        Bureau and Office Chiefs of Staff