**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| RENEW NORTHEAST, *et al.*,<br><br>    *Plaintiffs*,<br><br>*v.*<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>    *Defendants*. | Civil Action No. 1:25-cv-13961 |

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW**
**APPEARANCES AS PLAINTIFFS' COUNSEL**

Attorneys Daron L. Janis and Misha Tseytlin of Troutman Pepper Locke, LLP (the "Troutman Attorneys") respectfully move for leave under Local Rule 83.5.2(c)(2) to withdraw their appearances as counsel for Plaintiffs RENEW Northeast, Alliance for Clean Energy – New York, Renewable Northwest, Southern Renewable Energy Association, Interwest Energy Alliance, Mid-Atlantic Renewable Energy Coalition Action, Clean Grid Alliance, Carolinas Clean Energy Business Association, and Green Energy Consumers Alliance, Inc. (collectively, "Plaintiffs"). In support of their motion, the Troutman Attorneys show good cause as follows:

1. Plaintiffs and the Troutman Attorneys have agreed to transition Plaintiffs' representation in this case to attorneys at Latham & Watkins.

2. On May 19, 2026, U. Gwyn Williams of Latham & Watkins filed a notice of appearance to represent Plaintiffs (Dkt. No. 91), and Janice M. Schneider, Stacey L. Vanbelleghem, and Devin M. O'Connor, also of Latham & Watkins, filed a combined, unopposed

motion to appear *pro hac vice* as counsel for Plaintiffs (Dkt. No. 92).  The Court has granted the motion to appear *pro hac vice* (Dkt. No. 94).

3.      On May 20, 2026, Defendants filed a motion for relief from or clarification of the Court's preliminary injunction orders (Dkt. No. 93).  Plaintiffs' opposition to that motion is due on June 3, 2026.  *See* Local Rule 7.1(b)(2).

4.      Defendants' motion to dismiss (Dkt. No. 85), which was filed on March 16, 2026, is also pending.  That motion has been fully briefed.

5.      Because Plaintiffs' new counsel has appeared and/or been admitted *pro hac vice*, they are capable of timely filing or requesting a reasonable extension to file an opposition to Defendants' newly filed motion, and there is no further need for the Troutman Attorneys to represent Plaintiffs in this case.  Accordingly, the Troutman Attorneys' withdrawal of their appearances will not prejudice any party or unreasonably delay proceedings.

WHEREFORE, the Troutman Attorneys respectfully request that this Court grant them leave to withdraw their appearances as counsel for Plaintiffs.

Dated: May 21, 2026.

Respectfully submitted,

BY: */s/ Daron L. Janis*
Daron L. Janis (BBO #703028)
TROUTMAN PEPPER LOCKE LLP
111 Huntington Ave., 9th Floor
Boston, MA 02199
(617) 239-0124
daron.janis@troutman.com

Misha Tseytlin (*admitted pro hac vice*)
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr.
Suite 4100
Chicago, IL 60606
(608) 999-1240
misha.tseytlin@troutman.com

- 2 -

## LOCAL RULE 7.1 CERTIFICATION

Undersigned counsel has conferred with Defendants' counsel and Plaintiff's new counsel regarding this motion, and both stated they are unopposed.

/s/ Daron L. Janis
Daron L. Janis

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2026, a true and correct copy of the foregoing is being served via the Court's CM/ECF system upon all counsel of record.

/s/ Daron L. Janis
Daron L. Janis