**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| RENEW NORTHEAST, et al.,<br><br>     *Plaintiffs,*<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>     *Defendants.* | Civil Action No. 1:25-cv-13961-DJC |

**DECLARATION OF JANICE M. SCHNEIDER IN SUPPORT OF PLAINTIFFS'**
**OPPOSITION TO DEFENDANTS' MOTION FOR RELIEF FROM OR**
**CLARIFICATION OF PRELIMINARY INJUNCTION ORDERS**

Pursuant to 28 U.S.C. § 1746(2), I, Janice M. Schneider, hereby declare:

1. I am an attorney licensed to practice law in the District of Columbia and am a partner at Latham & Watkins LLP in Washington, DC.

2. Pursuant to Court approval, I am appearing *pro hac vice* as new counsel of record for RENEW Northeast, Alliance for Clean Energy – New York, Renewable Northwest, Southern Renewable Energy Association, Interwest Energy Alliance, Mid-Atlantic Renewable Energy Coalition Action, Clean Grid Alliance, Carolinas Clean Energy Business Association, and Green Energy Consumers Alliance, Inc. ("Plaintiffs") in the above-captioned action.

3. With respect to Plaintiffs' members, on Friday, May 8, 2026, Paul Turcke, counsel for the Defendants with the U.S. Department of Justice ("DOJ") emailed Plaintiffs' counsel at Troutman Pepper Locke LLP seeking lists of Plaintiff organization members. Plaintiffs' counsel at Troutman Pepper Locke LLP immediately acknowledged this request, told Mr. Turcke that Plaintiffs would get back to him, and forwarded this email to me that same day.

4. After receiving this email, my team and I worked to prepare an information request for the relevant Plaintiff organizations to gather membership information, and I received initial responses with information from the various Plaintiff organizations regarding their membership information on May 18, 19 and 21, 2026.

5. On May 19, 2026, I contacted Mr. Turcke asking to schedule a time to discuss the case and the status of the Defendants' compliance with the injunction. Mr. Turcke responded that he was overbooked the remainder of the week. Counsel for Defendants then filed the instant Motion the next day, on May 20, 2026.

6. On May 21, 2026, my colleague, Stacey VanBelleghem, provided Mr. Turcke with the Plaintiff organization membership information that he had requested. My colleague noted that this information was not "exhaustive" as we were still "waiting to hear back from one of the plaintiff organizations" and that "[w]e reserve the right to supplement this list with additional members" and "reserve all arguments as to the scope of the injunction."

7. The following day, on May 22, 2026, my colleague Ms. VanBelleghem provided Mr. Turcke with updated Plaintiff organization membership information that included an additional tab for information we received late the previous day from one of the Plaintiff organizations, continuing to reserve all arguments and the right to supplement the list.

8. Mr. Turcke confirmed receipt of the membership information about a week later on May 28, 2026. I have requested evidence that the Federal Defendants are complying with the preliminary injunction but to date have not received answers to my specific questions.

2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2026, in Arlington, Virginia.


        */s/  Janice M. Schneider*
        Janice M. Schneider

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent on June 3, 2026, to those identified as non-registered participants.

/s/ *Janice M. Schneider*
Janice M. Schneider