**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

|  |  |
|---|---|
| RENEW NORTHEAST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-13961 |

**<u>DEFENDANTS' NOTICE OF APPEAL</u>**

Please take notice that Defendants U.S. Department of the Interior, *et al.*, hereby appeal to the U.S. Court of Appeals for the First Circuit from the district court's April 21, 2026, Memorandum and Order (Dkt. 89), April 21, 2026, Order (Dkt. 90), and June 16, 2026, Order (Dkt. 104).

Respectfully submitted this 17th day of June 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/  Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney (Idaho Bar No. 4759)
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

1

ROBERT P. WILLIAMS
Senior Trial Attorney (DC Bar No. 474730)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 305-0210
robert.p.williams@usdoj.gov

REDDING C. CATES
Senior Trial Attorney (Cal. Bar No. 269055)
Environmental Defense Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 353-5561
redding.cates@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June 2026, a true and correct copy of the

foregoing is being served via the Court's CM/ECF system upon all counsel of record.

*/s/ Paul A. Turcke*
Paul A. Turcke

2