# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:     Renew Northeast et al v. United States Department of the Interior et al

District Court Number:     1:25-cv-13961-DJC

Fee:     Paid?   Yes _____   No _____     Government filer  X___    *In Forma Pauperis* Yes _____   No  X___

Motions Pending     Yes _____ No  X___                  Sealed documents     Yes _____ No  X___
*If yes, document #*     _____           *If yes, document #*     _____

*Ex parte* documents     Yes _____ No  X___           Transcripts     Yes  X___ No _____
*If yes, document #*     _____           *If yes, document #*     83_____

Notice of Appeal filed by: Plaintiff/Petitioner _____     Defendant/Respondent  X___   Other: _____

Appeal from:

ECF No. 89 Memorandum & ORDER; 104 Order on Motion for Miscellaneous Relief; 90 Preliminary Injunction

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## No's: 89; 90; 104; 105

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # _105_____ filed on 06/17/2026_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 06/17/2026_____.

**ROBERT M. FARRELL**
Clerk of Court

Erika Gutierrez_____
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**