**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| RENEW NORTHEAST, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT<br>OF THE INTERIOR, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-13961 |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE ANSWER TO PLAINTIFFS' AMENDED COMPLAINT**

Defendants United States Department of the Interior, et al., hereby seek a 30-day extension of time to answer Plaintiffs' Amended Complaint.  The Court issued a ruling on Defendants' motion to dismiss on June 16, 2026, Dkt. 103, making Defendants' answer to the remaining claims in the Amended Complaint presently due on June 30, 2026.  *See* Fed. R. Civ. P. 12(a)(4)(A).  Defendants seek a 30-day extension of this deadline to July 30, 2026.  The extension is necessary because trial and agency counsel have limited time to prepare an answer due to previously-established briefing deadlines in multiple other cases, and Defendants are awaiting a determination from the Office of the Solicitor General regarding an interlocutory appeal in this case.  *See* 28 C.F.R. § 0.20.  Counsel have conferred, and Plaintiffs do not oppose this motion.

Respectfully submitted this 25th day of June 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney (Idaho Bar No. 4759)
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

ROBERT P. WILLIAMS
Senior Trial Attorney (DC Bar No. 474730)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 305-0210
robert.p.williams@usdoj.gov

REDDING C. CATES
Senior Trial Attorney (Cal. Bar No. 269055)
Environmental Defense Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 353-5561
redding.cates@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of June 2026, a true and correct copy of the foregoing is being served via the Court's CM/ECF system upon all counsel of record.

*/s/ Paul A. Turcke*
Paul A. Turcke

2