**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| RENEW NORTHEAST, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil Action No. 1:25-cv-13961 |

**DEFENDANTS' LOCAL RULE 16.1(d)(3) CERTIFICATION**

In accordance with Local Rule 16.1(d)(3), Defendants United States Department of the Interior ("DOI"); Doug Burgum, in his official capacity as Secretary of the Interior; Bureau of Land Management ("BLM"); Steve Pearce, in his official capacity as BLM Director; Marine Minerals Administration ("MMA"); Michael Olsen, in his official capacity as MMA Acting Director; United States Fish and Wildlife Service ("FWS"); Brian Nesvik, in his official capacity as FWS Director; United States Army Corps of Engineers ("Corps"); and William H. Graham, Jr., in his official capacity as Chief of Engineers and Commanding General (collectively "Defendants"); offer the following statement. Defendants (and the Department of Justice) are components of the federal government that conduct operations, including litigation, primarily through use of appropriated funds. As such, Defendants do not incur litigation costs in the same sense as nonfederal (or nongovernmental) litigants. Defendants are mindful, under applicable

law and other relevant considerations, of the economic consequences of agency actions and related litigation. *See* Fed. R. Civ. P. 1 (directing parties "to secure the just, speedy, and inexpensive determination" of every action). In light of the foregoing, Defendants' counsel and counsel of record certify that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4

Respectfully submitted this 17th day of September 2026.

U.S. DEPARTMENT OF THE INTERIOR
Doug Burgum, Secretary

BUREAU OF LAND MANAGEMENT
Steve Pearce, Director

MARINE MINERALS ADMINISTRATION
Michael Olsen, Acting Director

*/s/ Karen Hawbecker*
Associate Solicitor
Division of Mineral Resources
Office of the Solicitor

U.S. FISH AND WILDLIFE SERVICE
Brian Nesvik, Director

*/s/ Dondrae N. Maiden*
Associate Solicitor
Division of Parks and Wildlife
Office of the Solicitor

U.S. ARMY CORPS OF ENGINEERS
William H. Graham, Jr., Chief of Engineers
and Commanding General

*/s/ Gregory McDonough*
Assistant Counsel
Litigation and Administrative Disputes
Office of the Chief Counsel

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy and Natural Resources Division

*/s/ Paul A. Turcke*
PAUL A. TURCKE
Trial Attorney (Idaho Bar No. 4759)
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

ROBERT P. WILLIAMS
Senior Trial Attorney (DC Bar No. 474730)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 305-0210
robert.p.williams@usdoj.gov

REDDING C. CATES
Senior Trial Attorney (Cal. Bar No. 269055)
Environmental Defense Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 353-5561
redding.cates@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of September 2026, a true and correct copy of the foregoing is being served via the Court's CM/ECF system upon all counsel of record.

/s/ *Paul A. Turcke*
Paul A. Turcke