**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

RENEW NORTHEAST, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,

Defendants.

Civil Action No. 1:25-cv-13961

**NOTICE OF FILING AND SERVING THE ADMINISTRATIVE RECORDS**

In accordance with the Court's adoption, Dkt. 115, of the Parties' Joint Statement, Dkt. 112, Defendants United States Department of the Interior ("DOI"), et al., hereby provide notice of filing and serving the administrative records. Exhibit 1 filed herewith is a declaration certifying the contents of the administrative record for the DOI July 15 Review Memo. Exhibit 2 filed herewith is the associated index and administrative record. Exhibit 3 filed herewith is a declaration certifying the contents of the administrative record for DOI Solicitor's M-Opinion 37086. Exhibit 4 filed herewith is the associated index and administrative record. Exhibit 5 filed herewith is a declaration certifying the contents of the administrative record for DOI Secretary's Order 3438. Exhibit 6 filed herewith is the associated index and administrative record. Exhibit 7 filed herewith is a declaration certifying the contents of the administrative record for the Fish and Wildlife Service Information for Planning and Consultation ("IPaC") website banner. Exhibit 8 filed herewith is the associated index and administrative record. Exhibit 9 filed herewith is a

declaration certifying the contents of the administrative record for the Assistant Secretary of the Army for Civil Works Memo. Exhibit 10 filed herewith is the associated index and administrative record. Defendants are filing the administrative records via the Court's CM/ECF system, but are also serving the administrative records to Plaintiffs through the Department of Justice file transfer site.

Respectfully submitted this 20th day of November 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
United States Department of Justice
Energy and Natural Resources Division

*<u>/s/ Paul A. Turcke</u>*
PAUL A. TURCKE
Trial Attorney (Idaho Bar No. 4759)
Natural Resources Section
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(202) 532-5994
paul.turcke@usdoj.gov

ROBERT P. WILLIAMS
Senior Trial Attorney (DC Bar No. 474730)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 305-0210
robert.p.williams@usdoj.gov

REDDING C. CATES
Senior Trial Attorney (Cal. Bar No. 269055)
Environmental Defense Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044
(202) 353-5561
redding.cates@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of November 2026, a true and correct copy of the foregoing is being served via the Court's CM/ECF system upon all counsel of record.

/s/ *Paul A. Turcke*
Paul A. Turcke